1  Ralph C. Loeb, Esq. (#124773)
      Email: ralph@kranesmith.com
2  **KRANE & SMITH, APC**
   16255 Ventura Boulevard
3  Suite 600
   Encino, CA 91436
4
   Tel: (818) 382-4000
5  Fax: (818) 382-4001
6  Attorneys for Plaintiff LIFE ALERT
   EMERGENCY RESPONSE, INC.
7

FILED
CLERK, U.S. DISTRICT COURT

AUG 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10

11  LIFE ALERT EMERGENCY          CASE NO.  CV 13-03455 JAK(SSX)
    RESPONSE, INC., a California
12  corporation,                   **FIRST AMENDED COMPLAINT
                                    FOR:**
13           Plaintiff,
                                    **1. VIOLATION OF 15 U.S.C.
14  vs.                               §1125(a);
                                    2. UNFAIR COMPETITION;**
15  CONNECT AMERICA.COM, LLC,     **3. TRADEMARK
    a Delaware limited liability       INFRINGEMENT;
16  company, KENNETH GROSS, an    4. TRADEMARK DILUTION; and
    individual, LIFEWATCH, INC., a 5. FALSE ADVERTISING**
17  New York corporation, EVAN
    SIRLIN, an individual, LIVE
18  AGENT RESPONSE 1 LLC, a
    Florida limited liability company, **DEMAND FOR JURY TRIAL**
19  GREG SMALL, an individual,
    TRILOGY INVESTMENT, LLC, a
20  Florida limited liability company,
    MICHAEL HILGAR, an individual,
21  WORLDWIDE INFO SERVICES,
    INC., a Florida corporation and
22  DOES 1 to 10, inclusive,

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

AUG 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

23           Defendants.
24
25
26
27
28  F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd               1

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL  ORIGINAL

Plaintiff LIFE ALERT EMERGENCY RESPONSE, INC. ("Life Alert") alleges as follows:

## JURISDICTION AND VENUE

1.      This is a civil action for trademark infringement and dilution, false designation of origin, and unfair competition arising under the Lanham Act of 1946, as amended, 15 U.S.C. §§1051-1127.  The Court has subject matter jurisdiction pursuant to 28 U.S.C. §1391(b).

2.      Venue is proper in this Court pursuant to 28 U.S.C. §1391(b).

3.      This Court has personal jurisdiction over defendants, for among other reasons, and as further alleged herein, because Defendants do business and solicit business in this District and California, regularly solicit business in California have offered goods and/or services in connection with the infringement of Life Alert's trademarks to customers and/or shipped emergency response equipment to customers in this District and California, and Life Alert is being harmed as a result of Defendants' wrongful conduct in this District.

## PARTIES

4.      Life Alert is a California corporation with its principal place of business in the County of Los Angeles, California.

5.      Life Alert is informed and believes, and thereupon alleges, that Defendant Connect America.com, LLC ("Connect America") is a Delaware limited liability company.

6.      Life Alert is informed and believes, and thereon alleges, that Defendant Kenneth Gross ("Gross") is an individual residing in Pennsylvania.

7.      Life Alert is informed and believes, and thereupon alleges, that Defendant LifeWatch, Inc., doing business as "LifeWatch USA" ("LifeWatch") is a New York corporation.

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

8.      Life Alert is informed and believes, and thereupon alleges, that Defendant Evan Sirlin ("Sirlin") is an individual.

9.      Life Alert is informed and believes, and thereupon alleges, that Defendant Live Agent Response 1 LLC ("Live Agent") is a Florida limited liability company.

10.     Life Alert is informed and believes, and thereupon alleges, that Defendant Greg Small ("Small") is an individual.

11.     Life Alert is informed and believes, and thereupon alleges, that Defendant Trilogy Investment, LLC ("Trilogy") is a Florida limited liability company.

12.     Life Alert is informed and believes, and thereon alleges, that Defendant Michael Hilgar ("Hilgar") is an individual residing in Florida.

13.     Life Alert is informed and believes, and thereupon alleges, that Defendant Worldwide Info Services, Inc. ("Worldwide") is a Florida corporation.

14.     At all times relevant to the allegations herein, Hilgar directed, operated and controlled Worldwide, Live Agent, Small and Trilogy and other persons and entities involved In the illegal and fraudulent telemarketing operations referenced in Paragraph 64 hereof.

15.     Life Alert is informed and believes, and thereon alleges, that there exists, and at all times relevant hereto there existed, a unity of interest and ownership between Defendants Hilgar, Worldwide, Live Agent, Small and Trilogy, and each of them. As a result, any individuality and separateness between said Defendants has ceased and Defendant Worldwide, Live Agent and Trilogy are mere shells, instrumentalities and conduits through which these Defendants carry on their business and are alter egos of each other and mere conduits to conduct their own wrongful acts

F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd

3

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1  through the subterfuge of purported separate corporate entities in order to avoid
2  liability and responsibility for those wrongful acts.

3      16.    Life Alert is informed and believes, and thereon further alleges, that
4  adherence to the fiction of the separate existence of Defendants Hilgar, Worldwide,
5  Live Agent, Small and Trilogy, as entities or persons distinct from each other, would
6  permit an abuse of the corporate privilege, sanction fraud against Life Alert and the
7  public and promote injustice.

8      17.    The true names and capacities, whether individual, corporate, associate
9  or otherwise of defendants DOES 1 through 10, inclusive, are unknown to Life Alert
10 who therefore sues said defendants by such fictitious names.  Life Alert is informed
11 and believes and based thereon alleges that each of the fictitiously named defendants
12 is responsible in some manner for the events, acts, occurrences and liabilities alleged
13 and referred to herein. Life Alert will seek leave to amend this Complaint to allege
14 the true names and capacities of these DOE defendants when the same are
15 ascertained.

16              **SUBSTANTIVE ALLEGATIONS**
17          **Plaintiff Life Alert and Its Trademarks**

18     18.    Life Alert has been in the business of providing personal emergency
19 response services and related products for seniors on a 24 hour a day, 7 day a week
20 basis for more than twenty-five years. Life Alert has built a reputation for providing
21 the highest quality of services to its customers.

22     19.    Life Alert provides a central dispatch security system composed of
23 transmitters and receivers for sending and receiving emergency signals. Life Alert has
24 been providing this system under the trademark LIFE ALERT EMERGENCY
25 RESPONSE, INC. since at least as early as December 1, 1987. This mark is the

26
27
28  F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd                4

_____
               FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1  subject of U.S. Registration No. 2,641,470, which is valid, subsisting, and
2  incontestable with the U.S. Patent & Trademark Office ("PTO").

3       20.    Life Alert provides printed products, namely, lists featuring information
4  useful in medical emergencies. Life Alert has been providing such goods under the
5  trademark LIFE ALERT since at least as early as December 1, 1987. This mark is the
6  subject of U.S. Registration No. 2,552,506, which is valid, subsisting, and
7  incontestable with the PTO.

8       21.    Life Alert provides central dispatch security systems composed of
9  telephone transmitters and receivers so that the elderly and handicapped can send
10 emergency signals to summon medical aid when necessary. Life Alert has been
11 providing such goods under the trademark LIFE ALERT THE LIFE SAVING
12 NETWORK since at least as early as 1993. This mark is the subject of U.S.
13 Registration No. 2,563,006, which is valid and subsisting with the PTO.

14      22.    Life Alert provides personal security alarms.  Life Alert has been
15 providing such goods under the trademark LIFE ALERT YOU ARE NEVER
16 ALONE 24/7 & Design since at least as early as April 20, 2006. This mark is the
17 subject of U.S. Registration No. 3,212,604, which is valid and subsisting with the
18 PTO.

19      23.    Life Alert provides mobile phones. Life Alert has been providing such
20 goods under the trademark LIFE ALERT MOBILE since at least as early as
21 December 1, 2010. This mark is the subject of U.S. Registration No. 4,053,816,
22 which is valid and subsisting with the PTO.

23      24.    The Life Alert marks identified in U.S. Registration Nos. 2,641,470,
24 2,552,506, 2,563,006, 3,212,604, and 4,053,816 and Life Alert's common law rights
25 in the trademark LIFE ALERT, are collectively referred to as the "Life Alert Marks".

26
27
28  F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

25.     Life Alert has also adopted the phrases "HELP, I'VE FALLEN AND I CAN'T GET UP!" and "I'VE FALLEN AND I CAN'T GET UP!" as trademarks and is the owner of Federal Registrations on the Principal Register of the PTO, U.S. Registration Nos. 2,630,737 and 3,255,726.  The Life Alert marks identified in U.S. Registration Nos. 2,630,737 and 3,255,726 and Life Alert's common law rights in those trademarks are collectively referred to as the "I've Fallen Marks".

26.     The Life Alert Marks and the I've Fallen Marks are instantly recognizable as being associated with the services and goods of Life Alert. The Life Alert Marks and the I've Fallen Marks have appeared in numerous advertisements, brochures and solicitations for Life Alert.

27.     Life Alert has expended great effort and substantial sums of money in making its Life Alert Marks and the I've Fallen Marks well-known to the public.

28.     Life Alert retains the sole and exclusive right in the United States to use and control the use of the Life Alert Marks and the I've Fallen Marks, together with the right to bring and maintain actions relating to the infringement, disparagement, dilution and/or other misappropriation of the Life Alert Marks and the I've Fallen Marks.

29.     As a result of the high quality of the services and products sold by Life Alert in conjunction with its Life Alert Marks and the I've Fallen Marks, and as a result of the extensive advertising, sale and public acceptance of those services and products, the public has come to exclusively identify the Life Alert Marks and the I've Fallen Marks with Life Alert's services and products.  The Life Alert Marks are famous and distinctive within the meaning of 15 U.S.C. §§ 1125(c)(1) and 1127.

**Connect America's History of Infringing Life Alert's Trademarks**

30.     Connect America is direct competitor of Life Alert, providing personal emergency response services and related products for seniors. Connect America also

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

provides said emergency response services under the generic name "Medical Alert". Gross is the Chairman of Connect America and controls the operation and business of Connect America, including its advertising and personally appears in its television commercials that are shown in Los Angeles County. Connect America and companies affiliated with it have a history of infringing Life Alert's trademarks.

31.     On August 6, 2004, Life Alert sent Connect America a letter demanding that it cease and desist using the Life Alert Marks and I've Fallen Marks in connection with its website and as part of a "search term" for its company on the internet. Connect America responded by falsely implying that it was not aware that the Life Alert Marks and I've Fallen Marks were trademarks, but that it would immediately remove the disputed terms from its website.

32.     Notwithstanding its promises and representations, Connect America continued to infringe on Life Alert's trademarks subsequent to 2004 in connection with its website, its advertising and its dealer's advertising. As one example, both Connect America and its dealer, Medical Guardian, LLC used the trademark "Life Alert" in their online advertisements. True and correct copies of those infringing advertisements which directed consumers to Connect America's website, www.medicalalertsystem.com and its dealer's website, www.mymedicalguardian.com, are depicted and circled on Exhibit "A" hereto.

33.     As another example, Connect America used Life Alert's trademark "Help! I've Fallen and I Can't Get Up!" in its online advertising. A true and correct copy of Connect America's online advertising infringing Life Alert's "Help! I've Fallen and I Can't Get Up!" trademark, directing consumers to Connect America's website, www.medicalalertsystem.com is depicted and circled on Exhibit "B."

34.     As yet another example, Connect America's dealer, Medical Guardian, LLC, improperly obtained and used in connection with advertising the website

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

www.life-alert.com.  A true and correct copy of one such advertisement illegally using Life Alert's trademark "Life Alert," directing consumers to the website www.life-alert.com is depicted and circled on Exhibit "C" hereto.

35.    As a result of Connect America's infringement of Life Alert's trademarks, on July 14, 2008, Life Alert filed a Complaint against Connect America in the United States District Court for the Central District of California, Case No. CV 08-04586 PA (RCx).  That case was  subsequently continued in Case No. CV 09-4094 PA (RCx).  Those two cases are hereinafter collectively referred to as the "Connect America I Action".

36.    As a result of Connect America's dealer Medical Guardian LLC's infringement of Life Alert's trademarks, Life Alert filed a Complaint on July 29, 2008 in the United States District Court for the Central District of California, Case No. CV-08-04961 JFW (CTx), which is hereinafter referred to as the "Connect America Dealer Action".

37.    The Connect America Dealer Action was resolved through a confidential settlement in May 2009 and a permanent injunction was issued against Medical Guardian, LLC and others.

38.    The Connect America I Action was resolved in September, 2009, with Life Alert receiving a payment of $275,000.00 and a permanent injunction issued against Connect America and others.

39.    Notwithstanding the resolution of the Connect America I Action, Connect America continued to infringe Life Alert's trademarks by, among other things:

a.    Bidding on and/or purchasing Life Alert's trademarks for Google's  pay-per-click advertising through the use of parked domains such as www.LifeMedicalAlarm.com and www.AARPMedicalAlarm.com;

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

b.      The use by Connect America's dealer, Medical Guardian, LLC, of Life Alert's trademarks in blogs that were part of Connect America's advertising campaign; and

c.      Using Life Alert's trademarks on its web page regarding Connect America affiliates on the pretext that it was advising its affiliates not to use Life Alert's trademarks.

40.      However, after the resolution of the Connect America I Action, Connect America's Chairman, Gross, purported to have a friendly relationship with Life Alert's CEO, Isaac Shepher. Accordingly when confronted with Connect America's continuing infringement of Life Alert's trademarks, in each instance, Gross disingenuously claimed that they were mistakes on the part of his company or one of his dealers.

### Connect America's False Advertising

41.      Connect America has also engaged in false and misleading advertising for its emergency response products and services.

42.      In an attempt to unfairly compete with Life Alert, Connect America has made false claims on its website www.connectamerica.com and other websites, in print advertisements, in letters to customers and potential customers and on its Medical Alert Monitoring Agreements that Connect America has far more experience than, in fact it has, including that it has been in existence and providing its emergency response services for decades when in fact Connect America has existed only since in or about 2004.

43.      As examples, Connect America falsely claims that: (1) "Since 1977, Connect America® has provided a unique source of security with personal safety solutions for older Americans, who wish to continue living an independent life at home", (2) it has provided "Help at the push of a button since 1977" and (3) it is "The

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1  ORIGINAL Medical Alert Company." A true and correct copy of a page printed from

2  Connect America's website www.connectamerica.com which depicts all of three of

3  these claims being made by Connect America is attached hereto as Exhibit "D".

4      44.    As another example, Connect America falsely claimed on its website

5  www.free.medicalalert.com in which it uses a generic name "Medical Alert" that:

6        "Medical Alert is the fastest-growing and second-largest medical alarm
      provider recommended by seniors nationwide.  We have been providing

7        peach of mind since 1977 – over 35 years!"

8  A   true   and   correct   copy   of   a   page   printed   from   the   website

9  www.free.medicalalert.com depicting the false statement excerpted above is attached

10  hereto as Exhibit "E".

11      45.    Furthermore, the www.free.medicalalert.com website in which the above

12  false claims were excerpted from, is referenced in Connect America television

13  commercials using the generic name "Medical Alert" in which its Chairman, Gross,

14  appears personally and which have been broadcast in this District.

15      46.    As another example, on June 25, 2013, an advertisement for "Medical

16  Alert, a Connect America Company" which contained "A Special Message From the

17  Desk of Kenneth Gross, Chairman and Founder" made the following false claim:

18        "SINCE 1977, Medical Alert and our parent company, Connect
      America, have been dedicated to protecting the health, well-being and

19        independence of older Americans with our Personal Emergency
      Response Services (PERS)."

20      47.    The above claims made by Connect America are false, harmful to Life

21  Alert and to the public, and should be enjoined by this Court.

22      48.    The referenced statements were false and misleading when made because

23  Connect American has existed and been providing personal emergency response

24  services since in or about 2004, approximately ten years.

25      49.    By representing that Connect America has been providing emergency

26  response services for more than thirty-five years, Connect America is likely to cause

27

28  F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd

10

1 confusion and mistake and to deceive consumers into thinking Connect America is
2 actually Life Alert or another competitor that has been in existence for many years.

3      50.     By representing that Connect America has been providing emergency
4 response services for more than thirty-five years, Connect America is also likely to
5 cause confusion and mistake and to deceive consumers into thinking that Connect
6 America has far more experience, and thereby greater stability, skill and a higher
7 quality, than it actually does.

8      51.     Additionally, by representing that Connect America has been providing
9 emergency response services for more than thirty-five years, Connect America
10 misrepresents its characteristics and qualities as reflective of stability and extensive
11 experience in this industry when, in fact, Connect America is a relatively new
12 company in this product space, lacking the years of experience of its competitor, Life
13 Alert.

14      52.     These misrepresentations are material to consumers because, stability,
15 experience and quality are important to consumers in selecting a provider of personal
16 emergency response services.

17      53.     Gross authorized, approved and participated in the above alleged false
18 advertising of Connect America.

19      **LifeWatch's  History of Infringing Life Alert's Trademarks**

20      54.     LifeWatch is a direct competitor of Life Alert, providing personal
21 emergency response services and related products for seniors.  Sirlin is the CEO of
22 LifeWatch and controls the operation and business of LifeWatch, including
23 LifeWatch's advertising. Like Connect America, LifeWatch has a history of
24 infringing Life Alert's trademarks.

25
26
27
28

F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd          11

55.     As one example, LifeWatch illegally used Life Alert's trademark "I've Fallen and I Can't Get Up!" in its online advertising, a true and correct copy of which is depicted and circled on Exhibit "F" hereto.

56.     As another example, LifeWatch illegally used Life Alert's trademark "I've Fallen and I Can't Get Up!" in its print advertising in the March 2008 edition of Hadassah Magazine, a true and copy of which is attached hereto as Exhibit "G."

57.     On or about March 14, 2008, Life Alert sent a letter to LifeWatch demanding that it cease and desist using Life Alert's trademarks in connection with its website and advertising.  LifeWatch did not respond to the cease and desist letter.

58.     On April 2, 2008, Life Alert filed a Complaint against LifeWatch for: (1) Federal Trademark Infringement, (2) Violation of 15 U.S.C. §1125(a), and (3) Unfair Competition, in the United States District Court for the Central District of California in case number CV-08-02184 CAS ("LifeWatch I Action").

59.     After LifeWatch was served with Life Alert's Complaint in LifeWatch I Action, Sirlin, its CEO, promised to remove the trademark "Life Alert" from its website, and Life Alert's trademark "I've Fallen and I Can't Get Up!" from its advertising.  However, LifeWatch did not respond to Life Alert's Complaint in the LifeWatch I Action and a final judgment with a permanent injunction against LifeWatch and Sirlin was entered by the Court on August 25, 2008.

60.     Contrary to its promises and representations, LifeWatch continued to infringe on Life Alert's trademarks afer the judgment was entered against it in the LifeWatch I Action. As one example, LifeWatch placed a print ad in the December 2008 edition of the UCO Reporter based in West Palm Beach, Florida, which illegally used Life Alert's trademark "I've Fallen and I Can't Get Up!", a true and correct copy of which is depicted and circled on Exhibit "H" hereto.

61.     Additionally, LifeWatch has been, and continues to, use the phrase "You're never alone with a LifeWatch Medical Alarm" in its advertising, including on its website and video commercials. LifeWatch's use of the phrase "You're never alone with a LifeWatch Medical Alarm" constitutes trademark infringement of Life Alert's rights in its registered trademark "LIFE ALERT, YOU ARE NEVER ALONE 24/7", U.S. Registration No. 3,212,604; and is likely to cause confusion, or to cause mistake or deceive consumers who are likely to believe that LifeWatch's emergency response services originate from the same source as Life Alert, or that it is otherwise affiliated, connected or associated with Life Alert, or sponsored, approved by Life Alert, when in fact it is not.

62.     Sirlin authorized and approved the above alleged infringement of Life Alert's trademarks by LifeWatch.

## The Phone Scam

63.     On or about July 31, 2012, Gross, Connect America's Chairman, traveled to California and had dinner with Life Alert's CEO, Isaac Shepher.   During the course of that visit, the topic of LifeWatch and its CEO, Sirlin, came up.  Mr. Shepher advised Gross that LifeWatch and Sirlin had continued to infringe Life Alert's trademarks even after Life Alert had sued LifeWatch and obtained an injunction against it.

64.     Unbeknownst to Life Alert, in or about August 2012, Connect America and LifeWatch entered into an agreement ("Connect America/LifeWatch Partner Agreement")  whereby, among other things, they jointly obtained customers for personal emergency response services through illegal and fraudulent telemarketing operations ("Phone Scam") and shared income derived from those customers, including California residents. More specifically, those telemarketing operations ("Phone Scam Operations") have included all of the following:

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

a. Targeting seniors with unsolicited phone calls made with recorded messages(commonly known as "robo-calling"), including phone calls to persons on government "Do Not Call" lists;

b. Hiring salespersons with advertisements referencing Life Alert's trademark "I've Fallen and I Can't Get Up!";

c. Providing salespersons with telemarketing scripts that referenced Life Alert's trademark "I've Fallen and I Can't Get Up!";

d. Having salespersons call potential customers for personal emergency response systems and falsely stating that they work with "Life Alert" or with the "I've Fallen and I Can't Get Up!" company [i.e. Life Alert];

e. Using false caller identifications in connection with phone calls to potential customers for personal emergency response systems;

f. Leading customers to believe they are Life Alert and not disclosing that Connect America and/or LifeWatch were the true personal emergency response companies with which the salespersons were affiliated, until after the solicited person(s) purchased emergency responses services; and

g. Using "robo-calls" to intentionally contact Life Alert's existing customers and falsely indicating to them that the phone call concerned updating their Life Alert equipment. However, when the Life Alert customers requested the updated Life Alert equipment, they received Connect America equipment instead.

65. The customers Connect America and/or LifeWatch obtained through the Phone Scam are hereafter referred to as "Phone Scam Customers". Connect America and LifeWatch obtained at least four hundred Phone Scam Customers a week beginning at least as early as in or about August 2012 through March 2013, with at least five percent of those Phone Scam Customers being California residents. LifeWatch has continued to obtain new Phone Scam Customers including California

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1    residents from April 2013 to the present in an amount that has not yet been
2    ascertained, but upon information and belief, is more than four hundred a week.

3           66.    Beginning at least in or about June 2012 and continuing at least through
4    July 2012, Hilgar and Worldwide provided Phone Scam Operations on behalf of Life
5    Watch and obtained Phone Scam Customers, including California residents, for
6    LifeWatch.

7           67.    Beginning in or before August 2012 and continuing through at least
8    March 2013, Hilgar provided Phone Scam Operations on behalf of Connect America
9    and LifeWatch and obtained Phone Scam Customers, including California residents,
10   for them.  During at least part of that time period, Hilger provided some of the Phone
11   Scam Operations through Worldwide.

12          68.    Beginning in or about December 2012 and continuing through at least
13   March 2013, Hilgar, Live Agent, Small and Trilogy provided Phone Scam Operations
14   on behalf of Connect America and LifeWatch and obtained Phone Scam Customers,
15   including California residents, for them.  Furthermore, during the period beginning
16   April 2013 through June 2013, Hilgar, Life Agent, Small and Trilogy continued to
17   provide Phone Scam Operations on behalf of LifeWatch and obtain Phone Scam
18   Customers, including California residents, for LifeWatch.  Finally, from July to the
19   present, Hilgar and other persons or entities, have continued to provide Phone Scam
20   Operations on behalf of LifeWatch and obtain Phone Scam Customers, including
21   California residents, for LifeWatch.

22          69.    Upon information and belief, Connect America, LifeWatch, Gross and
23   Sirlin knew they were obtaining the Phone Scam Customers through the Phone Scam
24   Operations from the outset of the Connect America/LifeWatch Partner Agreement,
25   if not earlier.

26
27
28   F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

70.     Assuming arguendo that Connect America, LifeWatch, Gross and Sirlin did not know they were obtaining the Phone Scam Customers through the Phone Scam Operations from the outset of the Connect America/LifeWatch Partner Agreement or before , they became aware of it shortly after they started obtaining the Phone Scam Customers for a variety of reasons, including the tremendous amount of cancellations and return of equipment. Furthermore, they subsequently became aware of an exceedingly high attrition rate among the Phone Scam Customers.  Within the personal emergency response industry the word "attrition" is a term of art regarding the loss of personal emergency response customers within a specified period of time.

71.     Because of their knowledge about the personal emergency response industry, the extremely high volume of cancellations and attrition rate constituted red flags alerting Connect America, its Chairman, Gross, LifeWatch, and its CEO, Sirlin, that there was something wrong in the manner in which the customers were being obtained.

72.     On or about August 16, 2012, the State of Indiana filed a Complaint against, among others, Hilgar, for violations of the Indiana Telephone Solicitation of Consumers Act (Ind. Code 24-4.7) and the Indiana Regulation of Automatic Dialing Machines Act, (Ind. Code 24-5-14) (the "Indiana Action").

73.     Furthermore, on August 16, 2012, the State of Indiana filed a Notice of Motion for a Temporary Restraining Order against Hilgar and the others named defendants in the Indiana Action.  That motion included a telemarketing script used by the salespersons employed by Hilgar's companies as an exhibit.  The script provided in pertinent part:

> "You are probably familiar with the medical alert system and how it works, you know the TV commercial "I'VE FALLEN AND I CAN'T GET UP!"? or maybe you've seen our medical alert system In NewsDay, The Washington Post or US News.
>
> It's the same system as seen on TV and the way it works is simple."

F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd

16

74.     On August 16, 2012, the State of Indiana issued the requested temporary restraining order against Hilgar and on August 24, 2012 issued a preliminary injunction against them.

75.     On November 13, 2012, the State of Indiana filed an Amended Complaint in the Indiana Action in which it added LifeWatch and Worldwide as defendants and charged them with violating the Indiana Telephone Solicitation of Consumers Act and the Regulation of Automatic Dialing Machines Act.

76.     Notwithstanding the Indiana Action and preliminary injunction issued against him, Hilgar continued to provide Phone Scam Operations on behalf of Connect America and LifeWatch.

77.     Furthermore other things, LifeWatch and Sirlin knew they were obtaining Phone Scam Customers through the Phone Scam Operation. LifeWatch executives visited the facilities in Florida where illegal robo-calls were initiated and call centers were located. Furthermore, LifeWatch representatives instructed persons at the Phone Scam Operation's call centers about pricing and other issues that were raised during their salespersons' phone calls with Phone Scam Customers.

78.     In or about early January 2013, Life Alert first confirmed Connect America's and LifeWatch's involvement in the Phone Scam when one of Life Alert's California employees received a robo-call made in connection with the Phone Scam. The Life Alert employee who received the robo-call is on the national Do Not Call Registry. The caller ID identified the robo-call as coming from Lodi, California. The recording on the robo-call described how senior citizens were falling down at home and unable to get help, but that a free device was now available to help seniors protect themselves.

79.     Wanting to find out the company that was responsible for the robo-call on behalf of Life Alert, Life Alert's employee pressed 1 on the telephone to speak to

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

a live salesperson. The salesperson told the Life Alert employee that he had been
selected to receive the medical alert device for free and that the company had been
around for 30 years and was the "I've Fallen and I Can't Get Up" company from TV.
The Life Alert employee did purchase the product and his credit card was charged
$34.95 before he received the medical alert equipment.  The descriptor related to the
charge on his credit card was "Connect America/Med Al.".

80.    Sometime later in January 2013, Life Alert's employees received a
medical alert device in the mail that was shipped from the shipping department at
Connect America, located at 2193 Westchester Pike, Broomall, PA 19008. The main
medical alert unit that came in the box itself had Connect America's logo on it.

81.    The box from Connect America also contained a letter "From the Desk
of: Kenneth Gross, President, Medical Alert [and] Evan Sirlin, CEO, LifeWatch,
USA."  Among other things, the letter stated:

"Thank you for your recent order.  We welcome you to the Medical
Alert/LifeWatch USA family!  Both companies have agreed to provide
you with great service and priceless peace-of-mind.  With over 60 years
of combined expertise, we confidently assure your safety and
satisfaction."

82.    The letter was signed by Kenneth Gross as President of Medical Alert
[and] Evan Sirlin as CEO of LifeWatch, Inc.  The letter also had Medical Alert's logo
which included the phrase: "Help at the push of a button since 1977". A true and
correct copy of the letter is attached hereto as Exhibit "I".

83.    The box from Connect America also contained Connect America's
Medical Alert Monitoring Agreement, dated January 19, 2013, which had been signed
on behalf of Connect America.   True and correct copies of photographs of that
Connect America Medical Alert Monitoring Agreement with the Life Alert
employee's personal information redacted are attached hereto as Exhibit "J".  A
separate slip of paper in the box, among other things, stated: "In order to properly

18

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1  respond in the case of an emergency, we must receive your signed paperwork back
2  within seven working days." A true and correct copy of that slip of paper is attached
3  hereto as Exhibit "K".

4         84.    Life Alert's employee never plugged in the medical alert device sent to
5  him by Connect America and never signed or returned Connect America's Medical
6  Alert Monitoring Agreement. However, in May 2013, Life Alert's employee received
7  a call from a female representative at Connect America asking him how he would like
8  to pay the outstanding balance he had to Connect America.

9         85.    The Life Alert employee told Connect America's representative at that
10 time that he wanted to cancel the service and obtain a refund of what he had paid the
11 company, and have Connect America provide a shipping label so that he could send
12 the medical device back. Connect America's representative told Life Alert's
13 employee that Connect America does not provide refunds or pay for return shipping.
14 Life Alert's employee then told the telemarketer that the salesperson who had initially
15 sold him the product had assured him that he would get his money back if he was not
16 completely satisfied, and that the cost to return the medical alert device would be
17 covered. The Connect America representative then said that the contract that he had
18 signed did not provide for refunds or paid return shipping.

19        86.    Since the Life Alert employee had never signed a contract, he requested
20 that one be sent to him and, although the Connect America representative said that
21 she would do that, to date, the Life Alert employee has never received a copy of the
22 contract that he purportedly signed. On the same telephone call, the Connect America
23 representative's supervisor confirmed that Connect America would not provide a
24 refund, and would not pay for return shipment of the medical alert system.

25        87.    To date, the Life Alert employee has continued to receive invoices from
26 Connect America under its generic name "Medical Alert". As of early June 2013, an

27
28 F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd          19

1   invoice from Connect America stated that the Life Alert employee owed Connect
2   America $139.80.

3       88.   In or about early February, Life Alert's CEO, Isaac Shepher had a
4   telephone conversation with Gross during which he informed Gross about facts Life
5   Alert had obtained concerning Connect America's involvement in the Phone Scam,
6   including facts relating to the robo-call that the Life Alert employee had received in
7   January 2013.   Gross then for the first time advised Mr. Shepher that Connect
8   America had entered into an agreement with LifeWatch (i.e. the Connect
9   America/LifeWatch Partner Agreement) to get customers through telemarketing and
10  that Connect America had been having a lot of problems with those customers from
11  the beginning. Gross further advised Mr. Shepher that he was thinking of ending the
12  agreement with LifeWatch because of the high cancellation and attrition rates of the
13  customers.  Gross also told Mr. Shepher during that telephone conversation that he
14  had entered into the agreement with LifeWatch because he was in the process of
15  selling his interest in Connect America and needed a lot of volume [of new
16  customers] to obtain a bonus for himself in connection with that sale.

17      89.   On or about March 7, 2013, Life Alert, through its attorneys, sent a
18  demand letter to Connect America regarding its and LifeWatch's involvement in the
19  Phone Scam.  Among other things, the letter demanded that Connect America: (1)
20  "Disclose the name(s), address(es) and phone number(s) of any company or person
21  that Connect America or LifeWatch, Inc. has used to solicit sales of emergency
22  response systems by telephone from January 1, 2012 to the present"; and (2)
23  "Provide an accounting of all sales of emergency response systems made by Connect
24  America and LifeWatch, Inc. through solicitations during the period from January 1,
25  2012 to the present."  To date, despite repeated demands, Connect America has not
26  done so.

27

28  F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

90.     Later in March 2013, during a telephone conversation between Connect America's Chairman, Gross, and Life Alert's CEO, Isaac Shepher, Gross acknowledged that he received the March 7, 2013 demand letter from Life Alert's attorneys.  He did not disclose the names of the telemarketers that Connect America or LifeWatch had used to solicit sales of emergency response systems by telephone or identify the accounts of the sales that Connect America and LifeWatch had made through telephone solicitations. However, Gross informed Mr. Shepher that he would be terminating Connect America's agreement with LifeWatch because LifeWatch's customer orders that were generated were real trouble.

91.     Beginning on our about March 21, 2013, Sirlin, the CEO of LifeWatch, through telephone calls and emails to Life Alert's attorneys in California, tried to sell Phone Scam Customer accounts to Life Alert.  More specifically, in an email Sirlin stated that "we can do 1,000+ in a month or less to get started."  Life Alert did not respond to the proposal.

92.     However, an emergency response company called Phillips Lifeline did purchase 1,000 Phone Scam Customer accounts from LifeWatch.  An executive of Phillips Lifeline advised Life Alert's CEO, Isaac Shepher, that within a short time of obtaining the Phone Scam Customer accounts from LifeWatch, based on high cancellations and complaints from those customers, he realized they had been obtained by improper methods and refused to acquire any further customer accounts from LifeWatch.

93.     In or about April, 2013, Gross began to take steps to conceal Connect America's and his involvement in the Phone Scam, including sending an email to Life Alert's CEO, Isaac Shepher, in California and taking out a disingenuous and hypocritical print advertisement in the Los Angeles Times on June 25, 2013.  In that print advertisement, among other things, Gross falsely stated that Connect America

had "No Pressure Selling, "Robo Call" or Unsolicited Phone Sales!".  Gross also purported to give advice to victims of the Phone Scam.  Yet, the laudatory ad made no mention whatsoever, and gave no notice to, the Phone Scam Customers that Connect America had obtained through the Phone Scam Operations.

94.   Indeed, Connect America and LifeWatch have, and continue to, accept payments from Phone Scam Customers each month and have not contacted or notified Phone Scam Customers they obtained about the facts relating to their becoming customers of Connect America and/or LifeWatch through the Phone Scam Operations or generally offered them refunds or other remedies.

## Confusion By Phone Scam Customers And Injury To Life Alert Caused By The Phone Scam

95.   From at least August 2012 through the present, Life Alert has received complaints from consumers and its own customers about receiving robo-calls made in connection with the Phone Scam that they believed were placed by Life Alert. Some consumers complained that they had received ten or more robo-calls per day and had received robo-calls despite being on the National Do Not Call Registry. Many of the persons who have complained to Life Alert have expressed anger and outrage at Life Alert for what they believed to be harassing telephone calls made to them on behalf of Life Alert.  Although Life Alert has had nothing whatsoever do with any of the robo-calls, the perception and beliefs about Life Alert that have been formed by consumers and some of Life Alert's own customers as a result of the Phone Scam has tarnished the reputation of Life Alert's trademarks and brand.

96.   The defendants's acts as alleged above have caused actual confusion among the Phone Scam Customers. Indeed, virtually all of the Phone Scam Customers that received Connect America and/or LifeWatch emergency response equipment that Life Alert has become aware of thus far believed they were being contacted by Life

F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd

22

Alert or a company associated with Life Alert when they purchased emergency response services from salespersons connected with the Phone Scam. In fact, some of the Phone Scam Customers that Life Alert has become aware of thus far continued to believe that they had purchased emergency response services from Life Alert even after they received emergency response equipment from Connect America and/or Life Watch and had received credit card statements with the pertinent charges.

97.     As one example, in or about January 2013, a Phone Scam Customer who resides in California believed that he was purchasing emergency response services from Life Alert. However, when he received the emergency response equipment, he noticed that it was from Connect America, not Life Alert. Thereafter, he called Connect America and advised them that they had misrepresented themselves as Life Alert when he purchased the equipment. As a result of his complaint, Connect America reduced his monthly charge from $34.95 to $24.95.

98.     As another example, a Phone Scam Customer that resides in Ohio, was advised by a salesperson during a telephone conversation that her existing Life Alert was not good, and he needed to send her a new one. The salesperson also advised her that the government came up with some money and, as a result, they would lower her payments to $29.95 per month. The Phone Scam Customer then gave the salesperson her credit card number. Instead of receiving a Life Alert emergency response system, the Phone Scam Customer received a Connect America emergency response system. She then called Life Alert and expressed that she was upset and scared because of what happened. Although the Phone Scam Customer cancelled the credit card charge, Connect America has called her to collect money it claims is owed to it and sent her a Connect America Medical Alert Monitoring Agreement signed by Connect America, which it requested her to sign.

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

99.     As yet another example, in or about the first week of August 2013, a Utah resident received multiple robo-calls regarding emergency response services at her home which displayed "Life Alert" as a caller ID.  When she eventually spoke with a salesperson connected with one of the robo-calls, the salesperson referred to Life Alert's trademark "I've Fallen and I Can't Get Up."  When the Utah resident purchased the medical emergency response services while on the telephone with the salesperson, the credit card charge that resulted was to "Med Alarms Hewlett New York", which upon information and belief, is an account owned by LifeWatch.  On or about August 26, 2013, the Utah resident received emergency response equipment from LifeWatch, not Life Alert.

100.     The Phone Scam Operations and Connect America's and Life Watch's involvement with them, as alleged herein, among other things, violated the Telephone Consumer Protection Act ("TCPA") of 1991's do not call and prerecorded calling restrictions and set forth in 47 U.S.C. §227.

101.     Hilgar formulated, directed, controlled, had knowledge of, and approved the marketing and sales practices and infringement of Life Alert's trademarks, and the violations of the TCPA and other laws in connection with the Phone Scam Operations, by himself, Worldwide, Live Agent, Small and other companies.

102.     Furthermore, Hilgar, Worldwide, Live Agent, Small and Trilogy jointly and severally made thousands of phone calls, including to California residents, in violation of the TCPA, Life Alert's trademark rights and other laws.

103.     Based on the above allegations, Connect America, Gross, LifeWatch and Sirlin authorized, directed, participated in, contributed to, had knowledge of, ratified, accepted the benefits of and are vicariously liable for the wrongful acts committed in connection with the Phone Scam Operations by Hilgar, Worldwide, Live Agent, Small and Trilogy and others whose identities are currently unknown to Life Alert.

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1  Furthermore, Connect America and LifeWatch are liable for each others' acts as
2  partners, and joint tortfeasors, at least during the time period in which the Connect
3  America/LifeWatch Partner Agreement remained in effect. Additionally, Connect
4  America, Gross, LifeWatch and Sirlin were aiders and abetters of the Phone Scam.

5      104.  Defendants' intentional and deceitful acts of unfair competition and use
6  of the Life Alert Marks and/or the I've Fallen Marks have caused confusion, and are
7  likely to do so in the future, and have caused mistake, deception as to the affiliation,
8  confusion, or association of the Defendants with Life Alert, and as to the origin,
9  sponsorship, or approval of the Defendants' goods, services, or commercial activities
10 by Life Alert.  Life Alert has neither authorized, nor consented to the use by
11 Defendants of the Life Alert  Marks and/or the I've Fallen Marks, any colorable
12 imitation of them, or any mark confusingly similar to them.

13     105.  Life Alert is informed and believes, and thereupon alleges, the
14 Defendants' purpose in utilizing the Life Alert  Marks and/or the I've Fallen Marks
15 is an attempt to benefit unfairly from the valuable goodwill and excellent reputation
16 established at great expense and effort throughout the United States by Life Alert
17 through the use of the Life Alert  Marks and/or the I've Fallen Marks.

18                          **FIRST CLAIM**
19         **(Violation of 15 U.S.C. §1125(a) Against All Defendants)**

20     106.  Life Alert repeats, repleads and realleges the allegations contained in
21 Paragraphs 1 through 105, as though fully set forth herein.

22     107.  Defendants' acts as alleged above constitute unfair competition and a
23 false designation of origin and subject them to liability therefore.  Furthermore,
24 Defendants' acts as alleged have caused confusion, mistake, deception as to the
25 affiliation, connection or association of Defendants with Life Alert and as to the
26 origin, sponsorship, or approval of Defendants' goods, services and/or activities by

27

28  F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd          25

1  Life Alert and are likely to do so in the future in violation of the Lanham Act, 15
2  U.S.C. §1125(a).   Additionally, at all relevant times, Defendants, including Gross
3  and Sirlin were aware that Life Alert's principal place of business was a located in
4  Los Angeles County and their wrongful conduct alleged above targeted Life Alert and
5  knowingly effected Life Alert in California.

6      108.   As a direct and proximate result of Defendants' wrongful acts, Life Alert
7  has suffered and continues to suffer and is likely to suffer damage to Life Alert's
8  business reputation, and goodwill and to the Life Alert Marks and I've Fallen Marks.
9  Defendants will continue the activities alleged herein and will cause irreparable
10  damage to Life Alert.   Life Alert has no adequate remedy at law and is entitled to an
11  injunction restraining Defendants, their officers, agents, affiliates, vendors, partners
12  and employees, and all persons acting in concert with Defendants, from engaging in
13  further acts of unfair competition, deceitful acts using the Life Alert Marks and/or the
14  I've Fallen Marks, and false designation of origin and false affiliation and
15  association.

16      109.   Life Alert is further entitled to recover from Defendants the actual
17  damages that it sustained and/or is likely to sustain as a result of Defendants'
18  wrongful and devious acts. Life Alert is presently unable to ascertain the full extent
19  of the monetary damages that it has suffered and/or is likely to sustain by reason of
20  Defendants' acts of unfair competition and false designation of origin and false
21  affiliation and association.

22      110.   Life Alert is further entitled to recover from Defendants the gains,
23  profits, and advantages they have obtained as a result of their wrongful and malicious
24  acts. Life Alert is presently unable to ascertain the extent of the gains, profits, and
25  advantages that Defendants have realized by reason of their acts of unfair competition
26  and false designation of origin and false affiliation and association.

27

28  F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd                26

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

111.   Because of the willful nature of the wrongful acts of Defendants, Life Alert is entitled to an award of treble damages and increased profits pursuant to 15 U.S.C. §1117.  As to Connect America and LifeWatch, the willful nature of their wrongful acts and/or ratification of other Defendants' wrongful acts is supported by their prior violations of Life Alert's rights to the Life Alert's Marks and I've Fallen Marks which, among other things, resulted in permanent injunctions being issued against them with respect to said marks.

112.   Life Alert is also entitled to recover its attorneys' fees and costs of suit pursuant to 15 U.S.C. §1117.

## SECOND CLAIM

### (Unfair Competition Against All Defendants)

113.   Life Alert repeats, repleads and realleges paragraphs 1 through 112, inclusive, of this Complaint and incorporates the same herein by the reference as though set forth in full.

114.   Defendants' acts as alleged above constitute unfair competition under the statutory law of California, including Cal. Bus. & Prof. Code §17200, et seq., and under the common law of the State of California and subject them to liability therefore.

115.   The acts and conduct of Defendants complained of herein have caused Life Alert irreparable injury compensable under the California common law of unfair competition and will, unless retrained, further impair the value of the Life Alert Marks and the I've Fallen Marks, intellectual property rights, reputation and goodwill of Life Alert.  Life Alert has no adequate remedy at law.

116.   Life Alert is informed and believes that Defendants have unlawfully obtained profits through their acts of unfair competition.  Defendants should be forced to disgorge such unlawful profits to Life Alert.

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

117.  Life Alert is further entitled to recover from Defendants its actual damages sustained as a result of Defendants' wrongful act under California common law of unfair competition.  Life Alert is presently unable to ascertain the full extent of the monetary damages it has suffered by reason of Defendants' acts of unfair competition.

118.  Because of the willful nature of Defendants' wrongful acts, Life Alert is entitled to an award of punitive damages.

## THIRD CLAIM

### (Federal Trademark Infringement Under Lanham Act §32,
### 15 U.S.C. §1114 And Common Law Against All Defendants)

119.  Life Alert repeats, repleads and realleges the allegations contained in Paragraphs 1 through 118, as though fully set forth herein.

120.  The aforesaid acts of Defendants constitute infringement of the Life Alert Marks and/or I've Fallen Marks under 15 U.S.C. §1114 and under common law or subject them to liability therefore.

121.  As a direct and proximate result of Defendants' wrongful acts, Life Alert has suffered and continues to suffer and/or is likely to suffer damage to its trademark, business reputation, and goodwill.  Defendants will continue to use the Life Alert Marks and I've Fallen Marks and will cause irreparable damage to Life Alert.  Life Alert has no adequate remedy at law and is entitled to an injunction restraining, their officers, agents, and employees, and all persons acting in concert with Defendants, from engaging in further acts of infringement.

122.  Life Alert is further entitled to recover from Defendants the actual damages that it sustained and/or is likely to sustain as a result of Defendants' wrongful acts.  Life Alert is presently unable to ascertain  the full extent of the

F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd

28

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1  monetary damages that it has sustained and/or is likely to sustain by reason of
2  Defendants' acts of trademark infringement.

3        123.  Life Alert is further entitled to recover from Defendants the gains,
4  profits, and advantages that Defendants have obtained as a result of their wrongful
5  acts.  Life Alert is presently unable to ascertain the extent of the gains, profits, and
6  advantages that Defendants have realized by reason of their acts of trademark
7  infringement.

8        124.  Because of the willful nature of the wrongful acts of Defendants, Life
9  Alert is entitled to all remedies available under 15 U.S.C. §1117 and 1118 and the
10  common law, including an award of treble damages and increased profits pursuant to
11  15 U.S.C. §1117.

12        125.  Life Alert also is entitled to recover its attorneys' fees and costs of suit
13  pursuant to 15 U.S.C. §1117.

14                              **FOURTH CLAIM**

15        **(Trademark Dilution - 15 U.S.C. §1115(c)Against All Defendants)**

16        126.   Life Alert repeats and realleges each and every allegation of paragraphs
17  1 through 125, above, as though fully set forth herein.

18        127.  Life Alert has used its Life Alert Marks and I've Fallen Marks to identify
19  its products and services before Defendants began using the Life Alert Marks and
20  I've Fallen Marks without Life Alert's permission.

21        128.  The Life Alert Marks and I've Fallen Marks are inherently distinctive
22  and have acquired distinction through Life Alert's extensive, continuous, and
23  exclusive use of the Life Alert Marks and I've Fallen Marks.  The Life Alert Marks
24  and I've Fallen Marks are famous and distinctive within the meaning of 15 U.S.C.
25  §1125(c)(1) and 1127.

26

27

28  F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd                29

---

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

129.   Defendants' use of the Life Alert Marks and I've Fallen Marks have to diluted the distinctive quality of the Life Alert Marks and I've Fallen Marks in violation of 15 U.S.C. §1125(c) and are likely to do so in the future.

130.   As a direct and proximate result of Defendants' wrongful acts, Life Alert has suffered and continues to suffer and/or is likely to suffer damage to its trademarks, business reputation, and goodwill.  Defendants will continue to use the Life Alert Marks and I've Fallen Marks and will cause irreparable damage to Life Alert.  Life Alert has no adequate remedy at law and is entitled to an injunction restraining Defendants, their officers, agents, and employees, and all persons acting in concert with Defendants, from engaging in further acts of trademark dilution.

131.   Life Alert is entitled to recover from Defendants the actual damages that it sustained and/or is likely to sustain as a result of Defendants' wrongful acts.  Life Alert is presently unable to ascertain the full extent of the monetary damages that it has sustained and/or is likely to sustain by reason of Defendants' acts of trademark dilution.

132.   Life Alert is further entitled to recover from Defendants the gains, profits, and advantages that Defendant have obtained as a result of their wrongful acts.  Life Alert is presently unable to ascertain the extent of the gains, profits, and advantages that Defendants have realized by reason of their acts of trademark dilution.

133.   Because of the willful nature of the wrongful acts of Defendants Life Alert is entitled to all remedies available under 15 U.S.C. §1117 and 1118, including an award of treble damages and increased profits pursuant to 15 U.S.C. §1117.

134.   Life Alert also is entitled to recover its attorneys' fees and costs of suit pursuant to 15 U.S.C. §1117.

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

## FIFTH CLAIM

### (False Advertising Under 15 U.S.C. §1125(a) Against Defendants Connect America and Gross)

135.   Life Alert repeats and realleges each and every allegation of paragraphs 1 through 134, above, as though fully set forth herein.

136.   Connect America sells its emergency response products and services in interstate commerce and has engaged in an advertising campaign in connection with the marketing of these products and services that employs internet advertising on its websites, www.connectamerica.com and www.free.medicalalert.com and others.

137.   As alleged above, a core message of Connect America's advertising has been that it has been providing emergency response services for more than thirty-five years.

138.   In fact, Connect America was formed in or about 2004 and has been in business for approximately ten years.

139.   Connect America's claims are false and misleading and misrepresent the nature, characteristics, and/or qualities of Connect America's products.

140.   Connect America's false claims are material to consumers and are likely to induce consumers to subscribe to Connect America instead of Life Alert.

141.   On information and belief, Connect America's claims are likely to deceive or to confuse a substantial segment of the buying public and, in fact, have actually deceived or confused a substantial segment of the buying public.  Moreover, the claims have influenced and are likely to influence the buying public's purchasing decisions.

142.   This deceptive conduct by Connect America and Gross is and has been deliberate and has injured and continues to injure consumers and Life Alert.

F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd

31

143.   Connect America's advertising of its products and services, as described above, violates Section 43(a) of the Lanham Act at 15 U.S.C. §1125(a).

144.   As a result of Connect America's and Gross' misrepresentations, Life Alert and the public have been injured. Unless Connect America and Gross are enjoined by this Court and ordered to retract and correct their false and misleading advertisements and statements, Connect America's and Gross' statements will continue to mislead the public and cause Life Alert to suffer a loss of consumer confidence, sales, profits and goodwill, which loss is and will be irreparable. The exact nature and extent of Life Alert's injuries cannot be ascertained at this time.

**WHEREFORE**, Life Alert prays for judgment against Defendants as follows:

1.   Finding that Defendants have violated 15 U.S.C. §1125(a) and the common law, have engaged in "unlawful, unfair or fraudulent business practices" in violation of §§ 17200 et seq. of the California Bus. & Prof. Code, have engaged in common law unfair competition, have willfully infringed the Life Alert Marks and the I've Fallen Marks under 15 U.S.C. §1114 and the common law, have violated 15 U.S.C. § 1125(c)(1), and that Connect America and Gross have engaged in false advertising.

2.   Ordering that Life Alert recover (I) damages according to proof at trial, including punitive and/or treble damages, (ii) injunctive relief, equitable relief (including but not limited to a constructive trust imposed on the accounts of the Phone Scam Customers), and restitution as provided by law, and (iii) that a judgment in favor of Life Alert be entered against Defendants.

3.   Defendants, their officers, agents, servants, affiliates, partners, vendors, employees and attorneys, and those persons in active concert or

F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd

32

participation with them, be preliminarily and permanently enjoined from:

a. Using the name or marks "LIFE ALERT," "LIFE ALERT YOU ARE NEVER ALONE 24/7", "HELP, I'VE FALLEN AND I CAN'T GET UP!", "I'VE FALLEN AND I CAN'T GET UP!" or any colorable imitation thereof, or any other name or mark likely to cause confusion, mistake, or deception, in connection with telemarketing or the sale, offering for sale, distribution, manufacturing, advertising, or promotion of their goods or services;

b. Using false caller identifications, "robo-calls" or other illegal or deceptive practices in connection with phone calls to potential customers for personal emergency response systems;

c. Using any false designation of origin or false description that can, or is likely to, lead the trade or public, or individual members thereof, to believe that any product or service manufactured, distributed, sold, offered for sale, or advertised by Defendants are in any manner associated or connected with Life Alert or is sold, manufactured, licensed, sponsored, or approved or authorized by Life Alert;

d. Engaging in any other activity constituting an infringement of Life Alert's trademark rights or otherwise unfairly competing with Life Alert; and

e. Engaging in any other activity that dilutes the distinctive quality of the Life Alert Marks and/or the I've Fallen Marks by, among other things, using the Life Alert Mark and/or the I've Fallen

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1    Marks in connection with the sale, offering for sale, distribution,
2    manufacturing, advertising, or promotion of its goods or services;

3    4.    Defendants be directed to deliver up to Life Alert all products bearing
4    the Life Alert Marks and/or the I've Fallen Marks, any copy, simulation, variation or
5    colorable imitations of the Life Alert  Mark and/or the I've Fallen Marks, and any
6    documents or tangible things that discuss, describe, mention or relate to such
7    products;

8    5.    Defendants file with the Court and serve upon Life Alert's counsel
9    within thirty (30) days after entry of judgment a report in writing under oath setting
10   forth in detail the manner and form in which Defendants have complied with the
11   requirements of the injunction.

12   6.    Defendants be required to pay to Life Alert all of its costs,
13   disbursements, and attorneys' fees in this action.

14   7.    For such other and further relief as the Court may deem appropriate to
15   prevent the infringement, disparagement, or dilution of the Life Alert Marks, and/or
16   the I've Fallen Marks and to prevent the unfair competition that Defendants have
17   engaged in from recurring.

18   8.    For prejudgment interest.

19   9.    For such other relief as the Court deems proper.

21   DATED: August 27, 2013          KRANE & SMITH, APC

23   By:_____
24        RALPH C. LOEB
25        Attorneys for Plaintiff
          LIFE ALERT EMERGENCY
          RESPONSE, INC.

28   F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd          34

1

## **DEMAND FOR JURY TRIAL**

2        Plaintiff LIFE ALERT EMERGENCY RESPONSE, INC., hereby demands a

3   jury trial in this action.

4

5   DATED: August 27, 2013            KRANE & SMITH, APC

6

7                                     By: _Ralph C. Loeb_
8                                         RALPH C. LOEB
                                        Attorneys for Plaintiff
9                                       LIFE ALERT EMERGENCY
                                        RESPONSE, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd                    35

---

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

EXHIBIT A

Yahoo! My Yahoo! Mail We

Web   Images · Video · Local   Shopping · more

ə alert for seniors        Options   Customize

1 - 10 of 6,530,000 for life alert for seniors (About) - 0.24

Also try: **life alert for seniors** emergency response, More...

SPONSOR RESULTS

**Life Alert**
"Top Rated" Life Alert System for Seniors. Free Activation.
www.LifeAlertButtons.com

CVS ® Life Alert Alarm
24/7 medical alert system. Free shipping & equipment. Simple setup.
www.MedicalAlertSystem.com

Life Alert
"Top Rated" Life Alert System for Seniors. No Activation Fee.
www.MyMedicalGuardian.com

**Life Alert** Emergency Response for Seniors
**Life Alert** alarm provides medical home emergency protection. ... **Life Alert**
provides medical emergency response when **seniors** experience **life** threatening
events. ...
www.lifealert.net/home/home.html - Cached

**Life Alert®** Medical Emergency Response
**Life Alert** alarm provides medical home emergency protection. ... For peace of
mind. and a secure **life**. You can live alone. without ever being alone. Help 24/7 ...
www.lifealert.com - Cached

**Life Alert ®** Personal Medical Emergency Response
**Life Alert** alarm provides medical home emergency protection. 1-800-360-0329
Independent living **for senior** citizens with **Life Alert**. **Life Alert ®** advertised on TV.
www.lifealert.net - Cached

**Life Alert &reg;** Medical Emergency Response - Consumer Rating
A
**Life Alert** alarm provides medical home emergency protection. ... about **Life Alert**
and its many services and benefits **for seniors** - available in ...
www.lifealert.com/articles/Technovation.html - Cached

Real **Life Alert ®** Medical Emergency Response - Consumer Rating
A
**Life Alert** alarm provides medical home emergency protection. ... **Life Alert** Tampa
| **Life Alert** El Segundo | **Life Alert** Miami | **Senior** Protection ...
www.lifealert.org - Cached

How to Monitor **Seniors** With **Life Alert** | eHowcom
How to article - monitor **seniors** with **life alert**. Do you worry about an elderly loved
one? Do you know a **senior** that lives by himself? **Life Alert** is a great tool to ...
www.ehow.com/how_2325625_monitor-**seniors**-**life-alert**.html

**Best Medica**
**Free**
$17.95* A mon
Deposit! Just a
www.bestmedi

**Elderly Medi**
**Monitoring F**
Personal Senic
Alert system d
Elderly.
www.personal

**Life Alert El**
Feel Strong. Be
**Life Alert** Elde
**Shopzilla.com**

See your n

A

## Life Alert ® Medical Emergency Response Health Information
**Life Alert** ® advertised on TV. ... information designed for the consumer is ... **Life Alert** Tampa | **Life Alert** El Segundo | **Life Alert** Miami | **Senior** Protection ...
www.lifealertfloridaeast.com/health/team.html - Cached

## Life Alert ® Medical Protection for Seniors
**Life Alert** alarm provides medical home emergency protection. ... For a free **Life Alert** brochure by mail call toll free 800-523-4201. **Senior** Protection " ...
www.911seniors.com - Cached

## Life Alert ® - El Segundo Office
**Life Alert** ® ... Now in an emergency **Life Alert** also provide for FREE information ... **Alert** Tampa | **Life Alert** El Segundo | **Life Alert** Miami | **Senior** ...
www.lifealertlax.com - Cached

## Life Alert ® - El Segundo Office - Site Map
**Life Alert** ® advertised on TV. ... **Life Alert** Tampa | **Life Alert** El Segundo | **Life Alert** Miami | **Senior** Protection ... 1987 - 2007, **Life Alert**, Inc. All Rights ...
www.lifealertlax.com/sitemap.html - Cached

**SPONSOR RESULTS**

Best Medical **Alert** ® Try Us Free
$17.95* A month. No Purchase! No Deposit! Just a low monthly fee.
www.bestmedicalalert.com

Elderly Medical **Alert** No Monitoring Fees
Personal **Senior** Monitor Medical **Alert** system designed **For** the Elderly.
www.personalseniormonitor.com

## Also try: life alert for seniors emergency response, More...

**1**  2  3  4  5  6  7  8  9  10  11  Next >

life alert for seniors          [ Search ]

New on Y! Search: See stores that offer faster and safer checkout through PayPal. Learn more

© 2008 Yahoo!  Privacy / Legal - Submit Your Site  SearchScan^BETA displays McAfee alerts optimal for the Yahoo! Search user and does not red ratings.

# EXHIBIT B

Yahoo!   My Yahoo!   Mail   We

**Web**   Images   Video   Local   Shopping : more

I've fallen

**Search**   Options   Customize

1 - 10 of 56,900,000 for I' ve fallen (About) - 0.38

**Also try:** **i've fallen for you**,   **i've fallen and i can't get up**,   More...

**SPONSOR RESULTS**

Get Help If You Fall Down
Protect Yourself With a Lifeline Medical Alert. Be Safe, Not Sorry.
www.lifelinesys.com

I've Fallen, Can't Get up
Get Top Rated Medical Alert. Senior Medical Alert Monitoring.
www.lifefone.com

Help I Ve Fallen and I Can T Get up
33% Of seniors 65+ have accidents. Get your emergency button free.
www.MedicalAlertSystem.com

I've fallen and I can't get up! - Wikipedia, the free encyclopedia
The "I've fallen and I can't get up" ad had the double misfortune of being ... a
variation of the line, saying "I've fallen, and when I get up, I'm gonna beat ...
en.wikipedia.org/wiki/I've_fallen_and_I_can't_get_up - Cached

Pyzam - I've Fallen Free MySpace Graphics
Free I've Fallen origional graphics that you can post anywhere! ... I've Fallen
Graphic. I've Fallen hot free myspace comments and graphics. pYzam > Graphics
> ...
www.pyzam.com/graphics/details/5049 - Cached

YouTube - Love Story in Harvard Fan-made MV: **I've Fallen** For
You



Fall in love again with Hyun Woo and Soo In in Love Story
in Harvard ... I'VE FALLEN FOR YOU. 03:25 From:
landofthedreamers. Views: 127,905. in QuickList ...
www.youtube.com/watch?v=48XFnY46rnA - 107k -
Cached

TristanCafe OPM Music, Lyrics, & Guitar Chords. MP3-quality pinoy
songs ...
I'VE FALLEN FOR YOU. Frenchie Dy (right-click on BACK above to control ... It's
crazy how could it be CHORUS I've fallen for you Finally, my heart gave in ...
www.tristancafe.com/music/flash/ivefallen4you.html - Cached

The Finnigan Bros. - I've Fallen Video | Yahoo! Music
Watch I've Fallen music video by The Finnigan Bros. now at Yahoo! Music. Access
free music videos, song lyrics, online radio and music downloads.
new.music.yahoo.com/videos/TheFinniganBros./I've-Fallen/--2151300

Help, I've Fა
Good Laugh
By John Groga
Great Prices Fo
Work.
www.HotBook
shipping

Help, I've Fა
Get up
Get help fast 2₄
medical emergı
www.lifealert.c

I've Fallen Ᵽ
Low prices on ;
Qualified order:
Amazon.com

Help Ive Fal
Find and Comp
ive fallen at Sn
www.smarter.c

Top Rated M
Pay only $26.9
Easy Instalatioı
and...
www.seniorme

See your m

**YTMND - I've fallen and I can't get up *rave***
author: ALMusic - site profile. vote: image: LifeAlert commercial ... by ALMusic,
vocal by Mrs. Fletcher. keywords: fallen can't get up. Click here to go back ...
fallenrave.ytmnd.com - Cached

  forsaking all **I've FALLEN** for      I rise to meet the end
the ...
www.milkhoney.org/fallen - Cached

**I've Fallen for You - Wikipedia, the free encyclopedia**
**I've Fallen** for You. From Wikipedia, the free encyclopedia. Jump to: navigation,
search ... **I've Fallen** For You is a 2007 Filipino romantic film. ...
en.wikipedia.org/wiki/I've_Fallen_for_You - Cached

**Netflix I've Fallen for You DVD Rental, Rent I've Fallen for You &...**
Netflix: **I've Fallen** for You DVD Rental - Rent movies from Netflix. Free Trial. Over
90,000 titles. Free, fast shipping both ways. Rent **I've Fallen** for You today.
www.netflix.com/MovieDisplay?movieid=70089308 - 100k

**STAR CINEMA: I'VE FALLEN FOR YOU**
ENTER SITE ...
www.abs-cbn.com/IveFallenForYou/index.html - Cached

**SPONSOR RESULTS**

Help, I've Fallen & Need a Good Laugh
By John Grogan At A Low Price. Great Prices For This Authors Work.
www.HotBookSale.com/free-shipping

Help, I've Fallen and Can't Get Up
Get help fast 24/7. Life alert is medical emergency protection for...
www.lifealert.com

**Also try:** **i've fallen for you,** **i've fallen and i can't get up,** More...

**1**   2   3   4   5   6   7   8   9   10   11   Next >

I've fallen                                     [Search]

Think you're a word whiz? Prove it now with Daily Crossword.

© 2008 Yahoo!   Privacy / Legal - Submit Your Site   SearchScanBETA displays McAfee alerts optimal for the Yahoo! Search user and does not
red ratings.

EXHIBIT " _C_ "

Yahoo!   My Yahoo!   Mail   We

**Web** | Images | Video | Local | Shopping | more
**life alert system**                         [ Search ]   Options   Customize

1 - 10 of 103,000,000 for life alert system (About) - 0.24

**Also try:** cost of **life alert system**,   More...

                                        **SPONSOR RESULTS**         <u>Elderly Medi</u>
**"As See on TV" Alert Button for Seniors**                          <u>Monitoring F</u>
Medical **Alert System** for Seniors. AARP® Discount 30-Day Trial Period.   Personal Senio
www.LifeStation.com                                                  **Alert system** c
                                                                     Elderly.
**Life Alert**                                                       www.personal
"Top Rated" **Life Alert System** for Seniors. Free Activation.
www.life-alert.com

**Life Alert**
"Top Rated" **Life Alert System** for Seniors. Free Activation.      <u>See your n</u>
www.LifeAlertButtons.com

**Life Alert ® Personal Medical Emergency Response**
**Life Alert** alarm provides medical home emergency protection. ... Welcome to.
Emergency Response, Inc. Enter the **Life Alert** site ...
www.lifealert.net - <u>Cached</u>

**Life Alert Emergency Response for Seniors**
**Life Alert** alarm provides medical home emergency protection. ... Since 1987, **Life
Alert** ® has been in the business of providing emergency ...
www.lifealert.net/home/home.html - <u>Cached</u>

**Life Alert® Medical Emergency Response**
Personal emergency response **system.**
www.lifealert.com - <u>Cached</u>

**Medical Alerts & Alarms: Emergency Alert & Alarm System.**
**Bracelets**
Offers emergency medical alert / alarm **systems** and monitoring bracelets for
seniors and elderly. ... Our medic **alert systems** go above and beyond to ensure
that ...
www.rescuealert.com - <u>Cached</u>

**Life Alert ® Careers**
**Life Alert** ® emergency response **system** provides medical emergency response
alarm ... Now, there is a **system** to meet the need--**Life Alert**. ...
www.lifealert.com/careers/careers.html - <u>Cached</u>

**Medical Alert Systems for Seniors by LifeStation®**
The **life** safety **alert system** includes a medical **alert** necklace to summon help at .
The LifeStation® Medical **Alert System** Provides Independence & Peace of Mind .
www.lifestation.com - <u>Cached</u>

**MedScope Medical Alert Systems | Life Saving Alert System |**

#### Medical ...
MedScope's Medical **Alert System** provides personal medical protection and ...
Personal Emergency Response **System (alert to life system)** can bring medical ...
www.medscope.org - <u>Cached</u>

#### Real **Life Alert** ® Medical Emergency Response - Consumer Rating A
**Life Alert** alarm provides medical home emergency protection. ... If **Life Alert**
personal emergency response **system** can substitute a retirement ...
www.lifealert.org - <u>Cached</u>

#### Philips Lifeline **Systems**
Lifeline is the most secure personal medical **alert** emergency response service for
seniors and caregivers, helping elderly and disabled live with greater ...
www.lifelinesys.com

#### **Life Alert System** on eBay
Shop at eBay for great deals on **Life Alert System** items. ... Medical **Life** Safety
**Alert System**, 911 w/ Phone Line, ends Jul-16 4:06 pm PDT. ...
search-desc.ebay.com/search/search.dll?query=life+...&sosortorder=2

**SPONSOR RESULTS**

#### Elderly Medical **Alert** No Monitoring Fees
Personal Senior Monitor Medical **Alert** system designed For the Elderly.
www.personalseniormonitor.com

### Also try: <u>cost of life alert system</u>,   <u>More...</u>

**1**   2   3   4   5   6   7   8   9   10   11   Next >

life alert system   

New on Y! Search: See stores that offer faster and safer checkout through PayPal. <u>Learn more</u>

© 2008 Yahoo!   <u>Privacy</u> / <u>Legal</u> - <u>Submit Your Site</u>   SearchScan<sup>BETA</sup> displays McAfee alerts optimal for the Yahoo! Search user and does not
rate ratings.

EXHIBIT " D "

Call us : 1-800-893-7000



Home   About Us   Contact Us   Find Us On: 



Established in 1977
Living Comfortably Independent
With Peace-of-Mind

The ORIGINAL Medical Alert Company

    

## Medical Alert By Connect America



For over three decades, *Connect America* has provided common sense security and safety solutions for Americans who wish to continue to live an independent life at home. Everyday, hundreds of thousands of senior Americans and their loved ones, put their safety and trust in *Connect America*. Learn to live with peace of mind, knowing that help, if ever needed, is just a simple push of a button away!

Since 1977, Connect America ® has provided a unique sense of security with personal safety solutions for older Americans, who wish to continue living an independent life at home.



Only $29.95 A Month

NO Long-Term Contracts

1-800-800-2537   MedicalAlert.com

Connect America ® Products And Services

### Request a Free Brochure

Contact Name*:

Client Name :

Address, 1:

Address, 2:

City*:

State*:

Contact Phone*:

Client Phone :

Email Address*:

Best time for confirmation call / Any Comments:

Submit   Clear

### Connect America News



Consumer Alert:
Telemarketing Fraud Report



   



    

© Copyright 2002-2012. ConnectAmerica.com® The Nationwide Medical Alarm - Medical Alert Systems Company. (Established in 1977)

EXHIBIT " *E* "



## Medical Alert is a Trusted Provider

Medical Alert is the fastest-growing and second-largest medical alarm provider recommended by seniors nationwide. We have been providing peace of mind since 1977—over 35 years! We are the exclusive provider of medical alarm systems for CVS/Pharmacy. Plus, we are the first medical alarm company to receive the Ease-of-Use Commendation from the Arthritis Foundation.

Copyright © 2013. Connect America LLC ® · The Nationwide Medical Alert Systems Company. (Established in 1977)    Privacy Policy | Terms & Conditions

# EXHIBIT " 7 "

03/27/2008  17:11    8189223377                          LIFE ALERT                                    PAGE  08/15
lifewatch fallen and can't get up - Google Search                                                      Page 1 of 2
Case 2:13-cv-03455-JAK-SS  Document 37  Filed 08/28/13  Page 51 of 66  Page ID #:258

Web    Images    Maps    News    Shopping    Gmail    more ▾                                    Sign in

## Google

lifewatch fallen and can't get up          [ Search ]    Advanced Search
                                                          Preferences

The "AND" operator is unnecessary -- we include all search terms by default. [details]

**Web**                          Results 1 - 10 of about **1,940** for lifewatch **fallen** and **can't get up**. (0.58 seconds)

"Top Rated" Medical Alert                          Sponsored Links              Sponsored Links
www.MedicalAlarm.com    The Medical Alarm Company
Recommended by GoodHousekeeping.                                              **Lifewatch-usa**
                                                                              "I've **fallen and** I can't get up"
"As Seen on TV" 911 Alarm                                                     As seen on TV.
www.LifeStation.com/Medical-Alert    24/7 Medical Alert Help Button           www.**lifewatch**-usa.com
AARPs® Discount 30-Day Trial Period
                                                                              Top Selling Medical Alert
Medical Alert System                                                          Lowest Annual Cost of Any Medical
www.MedicalGuardian.com    "Top Rated" Medical Alarm System for               Alert - $13.95 A Month Monitoring!
Seniors. No Activation Fee.                                                   buymedicalalert.com

LifeWatch - Aging & Geriatrics - Exercise: Feeling Fit For                    Personal Alarm Systems
Life                                                                          Two-way Emergency Medical Alarms.
                                                                              As seen on Extreme Home Makeover!
If you **can't** be active for 30 minutes all at once, **get** at least 10 minutes    www.Vital-Linkinc.com
of endurance activity ... pain or an irregular walking gait after you've
**fallen** ...                                                                 Help I've fallen
www.**lifewatch**-eap.com/poc/view_doc.php?type=doc&id=3271&cn=12 -            When each second counts, Life Alert
69k - Cached - Similar pages                                                  provides medical emergency response
                                                                              www.lifealert.com
    **LifeWatch**
                                                                              Help For Senior Falls
    Beam sums **up** the place as a sort of "mental hospital equivalent         No monthly fee medical alarm that
    of Club Med" where patients able to pay $1800 a day out of                calls for help by pressing a button
    pocket can **get** "virtually ...                                          www.callforassistance.com
    www.**lifewatch**-eap.com/poc/view_doc.php?
    id=1111&type=book&cn=145 - 60k - Cached - Similar pages
    More results from www.lifewatch-eap.com »

Life Alert® Medical Emergency Response

Life Alert alarm provides medical home emergency protection. 1-800-360-0329 Independent
living for senior citizens with Life Alert.
www.lifealert.com/ - 9k - Cached - Similar pages

I've fallen and I can't get up - Wikipedia, the free encyclopedia

"I've **fallen**... and I **can't get up!**" was a popular catchphrase of early 1990s popular culture
based upon a line from a United States-based television ...
en.wikipedia.org/wiki/I've_**fallen_and_I_can't_get_up** - 28k - Cached - Similar pages

I've fallen and I can't get up: Information and Much More from ...

I've **fallen** and I **can't get up** This article or section is missing citations or needs footnotes .
Using inline citations helps guard against copyright.
www.answers.com/topic/i-ve-fallen-and-i-can-t-get-up - 47k - Cached - Similar pages

SailorV: Life on Board   ?

**MySpace.com - FALLEN HERO - 33 - Male - BOSTON, Massachusetts ...** ☺
Any how, I have the IPOD for you, but you **can't get** it until your B-DAY! ... Yo, I hope you
had a great easter, lets meet **up** at the end of the week, ...
profile.myspace.com/index.cfm?fuseaction=user.viewprofile&friendid=176559668 - 69k -
Cached - Similar pages

**www.satufallenborg.com** ?
"I've **fallen** and I **can't get up**" As seen on TV. www.**lifewatch**-usa.com ... Call Us for Storm
Damage Services & **Fallen** Tree Removal in Louisville. ...
www.satufallenborg.com/ - 74k - Cached - Similar pages

**paskewich.com: News From a Fallen World (A.K.A. News of the Bizarre)** ☺
Get ready to have your world dismantled. Best quote so far, "It's always been ..... For the
stupidest thing you'll ever see in your life, **watch** how Sylvia ...
paskewich.typepad.com/paskewichcom/news_
from_a_fallen_world_aka_news_of_the_bizarre/index.html - 87k - Cached - Similar pages

**August 8, 2004: Preparing to be Caught - Ascension Lutheran Church** ?
You are called to be on your guard as you go through **life**; **watch** out for evil; ... which to the
boy so clearly said, "**Get up** and win that race!" ...
www.ascension-columbus.org/articles_view.asp?articleid=6364&columnid=269 - 18k -
Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

lifewatch fallen and can't get up          [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

http://www.google.com/search?hl=en&sa=X&oi=spell&resnum=

EXHIBIT ""

ays Rapoport, 31. When one young man found out why his grandfather had been disappearing every Saturday morning for years—to attend synagogue—he decided to go, too. Another decided to reconnect with his Jewish roots after spending his entire childhood in an orphanage.

THIS IS THE greatest reemergence of Jews since the 17th-century Conversos reemerged in places like Amsterdam, England and the Caribbean," says Bert Schuman, senior rabbi at Beit Warszawa, Warsaw's Reform congregation, whose own members are a case point.

One worshiper who rediscovered s Jewish roots, Wojtek Skarczinski, now studying at the Reform Abraham Geiger College rabbinical seminary in Berlin.

Yet for many Jews outside Poland, there is a nagging discomfort with the idea of celebrating Jewish life in postwar Poland. They think of the country as a graveyard. Of the 3.5 million Jews in prewar Poland, only 10 percent survived. Many of those who returned following the war fled again after pogroms and the official anti-Jewish measures of 1968.

True, historians say there were more Jews hidden and rescued in Poland than anywhere else. True, Poles top the list of Righteous Gentiles at Israel's Yad Vashem, The Holocaust Martyrs' and Heroes' Memorial. But there is no re-creating the past, argue critics such as Rabbi Josh Spinner, vice president of the Lauder foundation and director of the Beit Midrash of Berlin,

a Torah education center. Jews today should be living among other Jews, he says, and not in Poland.

Schudrich knows such arguments well. When he first immersed himself in Polish Jewry in the 1970s, he witnessed the budding Jewish Flying University headed by Jewish activist Konstanty Gebert, an unofficial, informal school that traveled around Poland helping Jews learn about Judaism.

"[I felt] something was going on here that nobody understood," Schudrich says. "It was not only about cemeteries that existed and synagogues that still stood, but about Jews."

He believes American and Israeli Jews reject the idea of a continued Jewish presence in Poland partially because of feelings of guilt. "Some survivors always knew that their cousin or their daughter may have survived in



I'VE FALLEN AND I CAN'T GET UP!

Lifewatch, The Personal Emergency Response System can get you help with just the press of your lightweight waterproof button!

Referred by doctors, hospitals and social workers.
Celebrating 27 Years of Personal Caring Service 24/7 Nationwide.

AS SEEN ON TV
You're never alone with Lifewatch!

As low as $12.95 per month

NEW FOR 2007: FIRST TALKING PENDANT WITH GPS

LIFEWATCH INC.
PERSONAL EMERGENCY RESPONSE SYSTEM

Corporate Headquarters in Hewlett, NY,
Boca Raton, Fl and Orange County, CA

EXHIBIT " *H* "



## At the Delegate Assembly
### Betty Lapidus

**November 7, 2008**

This meeting was called to order by President George Loewenstein at 9:30 a.m.

**Attendance:** There was a quorum of 176 seated Delegates.

**Pledge of Allegiance:** Recited by all present; led by Lt. Kronsperger.

**Minutes** — of the October 3rd meeting had been distributed and read; corrections were made. Motion to accept the corrected minutes was passed.

**Treasurer's Report:** See attached. Motion to accept was passed.

**President's Report:** George Loewenstein reported that our fountains are working and they look beautiful. The Post Office van will be here three days per week, on Mondays, Wednesdays and Fridays. 2102 West Drive — finally completed. One week from today — open house. Medical Lectures — monthly lectures from various physicians; see the UCO Reporter for details.

Over 225 flu shots had been administered.

Rumor that needs to be dispelled: It is **not true** that HUD is buying up units that are on foreclosures.

All chairs of committees will make their own reports.

**Transportation:** Claudette LaBonte reported that bus transportation to our new UCO building will be provided every half hour on opening day, November 14. She also said that for security, you **must** show your ID inside and outside of CV when boarding buses.

**Safety:** Lt. Kronsperger reported a quiet month in CV. He reminded us to be alert, lock your car, walk with other people.

**Insurance:** Dan Gladstone reported that policy renewals are here. He reported on Bill 601; for details, see his column in the UCO Reporter. He advised us to be sure to be covered for liabilities when you hire someone. He invited people to call him.

**Safety:** George Franklin reported on the upcoming Town Hall meeting of December 15, 2008 at 10 a.m. He reported on

handicapped people with scooters who ride on our roads, this may be very dangerous, especially if you are on the roads at night; use reflecting tape. Read his column in the UCO Reporter for more details.

**Maintenance:** Jerry Karpf reported that on Tuesday, November 11, David St. John, Esq., will discuss condo living at 10:00 a.m. in our Clubhouse. On December 12, Seacrest and other Property Managers will be here to answer questions. More classes will be held in the future regarding Chapter 718. Re ficus destroying fungus and the coming of white flies — there are systemic treatments available. Lizards do eat up all the pests. Q&A.

**\*\*\*\*\*\*\*\*\*\***

**President's Report:** Pres. Loewenstein reported that Pat Blunck is now working part-time during his recovery from a virus. Ken Davis had a minor stroke and is now recovering nicely. Will be back soon. **The U.S. Census Bureau 2010** is looking for employees. George will meet with them for details. You will be kept informed; read the UCO Reporter.

**\*\*\*\*\*\*\*\*\*\***

Bob Marshall reported on the collection of maintenance fees, etc. He announced that on Wednesday, December 3, 2008 — in our auditorium at 9:30 a.m. — Becker and Poliakoff representatives will be here to inform us on how to proceed regarding these cases and unpaid bills. The Collection Process will be discussed.

**Community Relations:** Ted Silverman reported on the Century Village Celebration of Our Centenarians. It did not cost us a penny; everything had been donated by our local vendors. There were seven Centenarians present, with their aides or caregivers, and three who did not attend. Those who could not attend received birthday cakes and gifts had been delivered to them in person. Everyone had a wonderful time, and we will do this again next year.

**Town Meeting** — on December 2, 2008 at 9:30 a.m,

"How to Protect Our Assets." See the UCO Reporter for details.

**CERT Meeting:** Will take place on Monday, November 17, 2008, at 6:30 p.m. in our Clubhouse.

**Cable:** Chair Dave Israel reported that the members of this committee are Ken Davis, Dorothy Brown, Ed Black, Bob Marshall, Angelo Tarantino, Barbara Dow and Myron Solomon. He reported that a company called CSI negotiates with the provider regarding the contract for cable services in CV. For details, see his column in the UCO Reporter.

He said that it is important for us to have a professional company negotiate for a good deal with Comcast re bulk rates, etc. There were many Q&A. Dave said for us to be careful not to send amateurs to work with giants such as Comcast. Attorneys Becker and Poliakoff's fee is $350-$375 per hour for reviewing a contract. There were more Q&A. Time is of the essence, because on January 1, 2009, we are due for a five percent raise to Comcast.

**Old Business:** None.

**New Business: Motion** — by Ed Black, seconded by Phil Shapkin, that we be empowered to move forward with CSI on the proviso that...

A — legal approval of the contract

B — best efforts from our president for best possible compensation rate.

More discussion, vote taken, there were three opposed. four abstentions, motion was passed.

**Good &Welfare:** None

Motion to adjourn passed. Meeting was adjourned at 10:55 a.m. □

> **Please...**
> Try to Have the Exact Change.
> Gate Pass: $3.25 for 90 Days
> Replacement Transponder $16
> New Transponder: $26.75
> For Info Call 683-9189
> We Cannot Take Anything Higher Than a $20 Bill

## BULLETIN

On December 3, 2008, there will be a meeting to discuss the current problems with unit owners not paying their maintenance fees.

| | |
|---|---|
| **Meeting Place:** | Clubhouse Classroom C |
| **Time:** | 9:30 am |
| **Date:** | December 3, 2008 |

This problem is very widespread with perhaps more than ten percent of the Village units involved.

Becker and Poliakoff have agreed to be here on December 3rd to discuss this situation and hopefully answer your many questions. If you have any questions about the meeting, please call me, Bob Marshall, 683-4663.

Everyone welcome, especially important for Association Board Members.

## UCO Quadrants 2008-09

| Frank Cornish | Jerry Karpf |
|---|---|
| Cambridge | Coventry |
| Canterbury | Easthampton |
| Chatham | Norwich |
| Dorchester | Plymouth |
| Kent | Salisbury |
| Northampton | Sheffield |
| Sussex | Waltham |
| | |
| **Sal Bummolo** | **Ken Davis** |
| Andover | Berkshire |
| Bedford | Camden |
| Golf's Edge | Dover |
| Greenbrier | Hastings |
| Kingswood | Somerset |
| Oxford | ~~Wellington~~ |
| Southampton | Windsor |
| Stratford | |



## I'VE FALLEN AND I CAN'T GET UP!

You or a loved one can get help with just the press of your lightweight waterproof button!

**Specials** $12.95 a Month

## LIFEWatch USA
PERSONAL CARING SERVICE SINCE 1980
www.lifewatch.com
1-800-716-1433

*First Talking Pendant*

Serving South Florida & Metro NY for 28 Years
Over 200 Satisfied Neighbors in Century Village
References Available Upon Request

**SAVE THE DATE**

**Sunday, March 15, 2009,** is the date of the UCO Annual Installation Luncheon. This gala afternoon will be held once again in the Ballroom of the Marriott Hotel, Okeechobee Blvd. in West Palm Beach. Two Vice Presidents and the entire Executive Board will be installed. We will be served a delicious lunch, and of course, a decadent dessert.

For the past several years, many of the Condo Associations have paid for their Delegates. Since your Association is forming its 2009 budget, this is the time to request a line item for Delegates. The cost will remain at $35 per person.

Dancing to the music of the Al Matos Orchestra will round out the afternoon.

*Mary Patrick Benton, Chair*

# EXHIBIT "_I_"

Medical Alert, a Connect America Company

2193 West Chester Pike

Broomall, PA 19008





From the Desks of :

Kenneth Gross, President, Medical Alert

Evan Sirlin, CEO, LifeWatch USA

Thank you for your recent order. We welcome you to the Medical Alert/LifeWatch USA family! Both companies have agreed to provide you with great service and priceless peace-of-mind. With over 60 years of combined expertise, we confidently assure your safety and satisfaction.

Our call center is available for any emergency (medical, fire, police) 24 hours a day, 7 days a week, 365 days a year. Our commitment to you began the moment we heard about your need. If you have any comments, questions, or concerns, please contact one of our friendly customer service representatives at (800) 800-8112.

**Please remember to PUSH YOUR BUTTON and test your medical alarm regularly. This ensures that the system is always ready to protect you. Also, please check that your CALL LIST of help responders (neighbors, relatives and friends, etc.) is up to date.**

Enjoy your safety and personal freedom!

Medical Alert                          LifeWatch Inc.

By: *Kenneth Gross*                    By: *Evan Sirlin*
Kenneth Gross,                         Evan Sirlin,
President                              CEO

EXHIBIT " J "



# ✚ MedicalAlert
Help at the Push of a Button Since 1977
http://www.medicalalert.com

**ConnectAmerica.com, LLC**
Corporate Headquarters
2193 West Chester Pike
Broomall, PA 19008
1-800-906-0872 Fax 610-353-1350

## MEDICAL ALERT MONITORING AGREEMENT

ACCOUNT NUMBER:                                         DATE:

### SERVICE TO

| NAME | |
| ADDRESS | |
| CITY | |
| STATE | |
| POSTAL CODE | |
| TEL NO. | |
| MOBILE NO. | |
| EMAIL | |

### SHIP TO

| NAME | |
| ADDRESS | |
| CITY | |
| STATE | |
| POSTAL CODE | |
| TEL NO. | |
| MOBILE NO. | |
| EMAIL | |

### EMERGENCY CONTACTS

| NAME (LIST IN ORDER OF NOTIFICATION) | PRIMARY PHONE NO. | ALTERNATE PHONE NO. | RELATIONSHIP |
|---|---|---|---|
| | | | |
| | | | |

### ADDITIONAL INFORMATION OR SPECIAL INSTRUCTIONS

### AGREEMENT OF SERVICE

FEE  $ 34.95
Monthly

**BILL TO**

| NAME | |
| ADDRESS | |
| CITY | |
| STATE | |
| POSTAL CODE | |
| TEL NO. | |
| MOBILE NO. | |
| EMAIL | |

### PAYMENT METHOD (SELECT ONE ONLY)

**ACH**

| BANK NAME | |
| ACCOUNT NUMBER | |
| ROUTING NUMBER | |
| ACCOUNT TYPE | |

TYPES: CHECKING, SAVINGS, BUSINESS CHECKING

**CREDIT CARD**

| CARD NUMBER | CARD ON FILE |
| EXP. DATE | |
| SECURITY CODE (ON BACK) | |
| CREDIT CARD TYPE | |

TYPES: VISA, MASTERCARD, DISCOVER, AMERICAN EXPRESS

SUBSCRIBER AGREES TO THE TERMS AND CONDITIONS OF THIS SERVICE AGREEMENT INCLUDING THOSE ON THE REVERSE SIDE. SUBSCRIBER ACKNOWLEDGES HAVING READ THIS AGREEMENT IN ITS ENTIRETY AND HAS NO QUESTIONS REGARDING THE TERMS AND CONDITIONS AND AGREES TO SAME.

I UNDERSTAND RECURRING CHARGES WILL BE AUTOMATICALLY DEDUCTED FROM MY CHECKING ACCOUNT OR CREDIT CARD UNLESS I NOTIFY CONNECTAMERICA.COM, LLC IN WRITING. FUTURE AUTO DEDUCTIONS WILL BE DONE FOR LIKE TERMS. I AUTHORIZE CONNECTAMERICA.COM, LLC TO CHARGE MY CREDIT CARD ACCOUNT OR DEBIT MY CHECKING ACCOUNT FOR SERVICE. I AUTHORIZE MY BANK/CREDIT UNION TO PROVIDE CONNECTAMERICA.COM, LLC WITH THE PROPER ACCOUNT DATA INCLUDING MY CHECKING ACCOUNT NUMBER AND THE INSTITUTION'S ABA NUMBER. IF I TERMINATE DIRECT DEBIT, I AM STILL LIABLE FOR PAYMENTS DUE.

BY CONNECT AMERICA  _(signature)_                      Date: January 19, 2013

SUBSCRIBER  **Sign Here →**                            Date:

## PLEASE TEST YOUR SYSTEM MONTHLY!

1. THE ALARM SYSTEM: ...

2. ...

3. MONTHLY MONITORING AND OTHER CHARGES: ...

4. MEDICAL AND RELATED EXPENSES: ...

5. OPTION TO UPDATE MEDICAL DATA INFORMATION: ...

6. AUTHORIZATION TO COMPANY: ...

7. INTERRUPTION IN SERVICE: ...

8. MISUSES AND ABUSE OF SYSTEM: ...

9. NO WARRANTY OR REPRESENTATION: ...

10. TESTING OF THE SYSTEM: ...

11. RIGHT TO SUBCONTRACT CENTRAL STATION SERVICE: ...

12. PROTECTION OF PERSONAL INFORMATION: ...

13. SELF-PROTECTION/SUBSCRIBER'S DUTIES: ...

14. SYSTEM USE/SUBSCRIBER'S DUTIES: ...

15. PHYSICAL RESPONSE: ...

16. SUBSCRIBER AGREES AND UNDERSTANDS: ...

# EXHIBIT " K "



⊕MedicalAlert

Enclosed please find your Monitoring Service Agreement. We have filled out the information that was provided to us at the time of your order. Please look over this information carefully to ensure its accuracy.

Fill out and place the enclosed Medical Information Card on your refrigerator.

Finally, sign and date the bottom of the Agreement where indicated and return in the postage-paid envelope we have provided for you. The second copy is for your records.

In order to properly respond in the case of an emergency we must receive your signed paperwork back within 7 working days.

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES.

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 16255 Ventura Boulevard, Suite 600, Encino, California 91436-2302.

On **AUGUST 27, 2013** I caused the foregoing document described as **FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed to the parties as follows:

| | |
|---|---|
| Carmen J. Cole<br>**LITTLETON JOYCE UGHETTA PARK & KELLY LLP**<br>601 South Figueroa Street<br>Suite 3825<br>Los Angeles, California 90017<br><br>Tel: 213-599-8200<br>Fax: 213-228-1980<br><br>Email:<br>carmen.cole@littletonjoyce.com | Attorneys for Defendants<br>LIFEWATCH, INC. AND EVAN SIRLIN |
| Jason P. Sultzer<br>**LITTLETON JOYCE UGHETTA PARK & KELLY LLP**<br>The Centre at Purchase<br>4 Manhattanville Road<br>Suite 202<br>Purchase, NY 10577<br><br>Tel: 914-417-3400<br>Fax: 914-417-3401<br><br>Email:<br>jason.sultzer@littletonjoyce.com | Co-Attorneys for Defendants<br>LIFEWATCH, INC. AND EVAN SIRLIN |

F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd

36

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

| | |
|---|---|
| Jeffrey B. Morganroth<br>**MORGANROTH &<br>MORGANROTH, PLLC**<br>344 North Old Woodward Avenue<br>Suite 200<br>Birmingham, Michigan 48009-5310<br><br>Tel: 248-864-4000<br>Fax: 248-864-4001<br><br>Email:<br>Jmorganroth@morganrothlaw.com | Attorneys for Defendant<br>CONNECTAMERICA.COM, LLC<br>AND KENNETH GROSS |
| Elizabeth Yang<br>**NOVAK DRUCE CONNOLLY<br>BOVE & QUIGG LLP**<br>333 S. Grand Avenue<br>Suite 2300<br>Los Angeles, CA 90071<br><br>Tel: 213-787-2500<br>Fax: 213-687-0498<br><br>Email:<br>elizabeth.yang@novakdruce.com | Attorneys for Defendant<br>CONNECTAMERICA.COM, LLC<br>AND KENNETH GROSS |
| Milord A. Keshishian<br>Armen Manasserian<br>**MILORD & ASSOCIATES, P.C.**<br>2049 Century Park East<br>Suite 3850<br>Los Angeles, CA 90067<br><br>Tel: 310-226-7878<br>Fax: 310-226-7879<br><br>Emails:<br><br>milord@milordlaw.com<br>armen@milordlaw.com | Attorneys for Defendants<br>LIVE AGENT RESPONSE 1, LLC<br>TRILOGY INVESTMENT, LLC and<br>GREG SMALL |

**BY MAIL**
   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepared at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC_001.wpd

37

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1  __X_ **BY EMAIL TRANSMISSION:** I caused the foregoing to be sent by email to the above email addresses.

2

__ **PERSONAL SERVICE** I caused to be delivered such envelope by hand to the offices of the addressee listed above.

3

4  _ **BY FACSIMILE TRANSMISSION**: I caused the foregoing document without Exhibits to be transmitted to the interested parties herein to the facsimile numbers listed above, with a confirmation report thereof being duly received.

5

6  _**XX**__ (State)I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

7

8      Executed on **AUGUST 27, 2013,** at Encino, California.

9

10                         DESIREE LB ZACHARY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  F:\CLIENTS\LIFEALERT\CONNECT AMERICA\PLEADINGS\FAC.001.wpd                    3 8

---

**FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**