1  Elizabeth Yang (SBN 249713)
   elizabeth.yang@novakdruce.com
2  NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP
   333 South Grand Avenue, Suite 2300
3  Los Angeles, CA 90071
   Telephone:  (213) 787-2500
4  Facsimile:   (213) 687-0498

5  Jeffrey B. Morganroth *(admitted Pro Hac Vice)*
   jmorganroth@morganrothlaw.com
6  MORGANROTH AND MORGANROTH, PLLC
7  344 North Old Woodward, Suite 200
   Birmingham, MI 48009
8  Telephone: (248) 864-4000
9  Facsimile: (248) 864-4001

10 Attorneys for Defendants,
   ConnectAmerica.com, LLC and Kenneth Gross
11

12                UNITED STATES DISTRIST COURT

13              FOR CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation, | Case No. CV13-03455 |
| | Honorable Judge John A. Kronstadt |
| Plaintiff, | **DEFENDANTS, CONNECT AMERICA.COM LLC'S AND KENNETH GROSS', NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 9(b) AND TO STRIKE IMMATERIAL AND IMPERTINENT ALLEGATIONS PURSUANT TO FED. R. CIV. P. 12(f)** |
| vs. | |
| CONNECT AMERICA.COM, LLC, a Delaware limited liability company, KENNETH GROSS, an individual, LIFEWATCH, INC., a New York corporation, EVAN SIRLIN, an Individual, LIVE AGENT RESPONSE 1 LLC, a Florida limited liability company, GREG SMALL, an individual, TRILOGY INVESTMENT, LLC, a Florida limited liability company, and DOES 1 to 10, inclusive, Defendants. | |
| | Hearing Date:   January 6, 2014 |
| | Time:            8:30 am |
| | Courtroom:       750 |

---

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT

1

TO THE HONORABLE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that on January 6, 2014 at 8:30 a.m., or as soon thereafter as this matter may be heard in the above-entitled Court, Defendants, Connect America.Com, LLC ("Connect America") and Kenneth Gross ("Gross"), by and through their attorneys, will move to dismiss the claims against them pursuant to Fed. R. Civ. P. 12(b)(6) and state as follows:

1. Plaintiff filed its First Amended Complaint (the "Amended Complaint") in this matter on August 27, 2013.

2. The Amended Complaint fails to state any claim for which relief may be granted under the *Iqbal/Twombly* standard of pleading.

3. The Amended Complaint fails to comply with Fed. R. Civ. P. 9(b).

4. The Amended Complaint also contains immaterial and impertinent allegations which should be stricken pursuant to Fed. R. Civ. P. 12(f).

5. This Motion is further support by the accompanying Memorandum of Points and Authorities.

6. This Motion is made following the meet and confer conferences of counsel pursuant to L.R. 7-3 which took place on September 20 and 23, 2013 regarding this Motion.

WHEREFORE, Connect America and Gross respectfully request that this Honorable Court dismiss Defendants, Connect America and Kenneth Gross, pursuant to the Motion.

DATED: September 30, 2013

NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP

By: */s/ Elizabeth Yang*
Elizabeth Yang

MORGANROTH AND MORGANROTH, PLLC

By: */s/ Jeffrey B. Morganroth*

Attorneys for Defendants
CONNECTAMERICA.COM, LLC
AND KENNETH GROSS