| | |
|---|---|
| 1 | Milord A. Keshishian, SBN 197835 |
| 2 | milord@milordlaw.com |
|   | Armen Manasserian, SBN 288199 |
| 3 | armen@milordlaw.com |
|   | **MILORD & ASSOCIATES, P.C.** |
| 4 | 2049 Century Park East, Suite 3850 |
|   | Los Angeles, California 90067 |
| 5 | Telephone: (310) 226-7878 |
|   | Facsimile: (310) 226-7879 |
| 6 | |
| 7 | Attorneys for Defendants, |
|   | LIVE AGENT RESPONSE 1, LLC, |
| 8 | TRILOGY INVESTMENT, LLC, and |
|   | GREG SMALL |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC. a California Corporation,<br><br>            PLAINTIFF,<br><br>     v.<br><br>CONNECT AMERICA.COM, LLC, a Delaware limited liability company, KENNETH GROSS, an individual, LIFEWATCH, INC., a New York Corporation, EVAN SIRLIN, an individual, LIVE AGENT RESPONSE 1, LLC, a Florida limited liability company, GREG SMALL, an individual, TRILOGY INVESTMENT, LLC, a Florida limited liability company and DOES 1 to 10, inclusive,<br><br>            DEFENDANTS. | CASE NO.: CV13-03455 JAK (SSx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1) BY DEFENDANTS LIVE AGENT RESPONSE 1, LLC, TRILOGY INVESTMENT, LCC, AND GREG SMALL** |

TO THE COURT AND ALL PARTIES OF RECORD:

    The undersigned, counsel of record for Defendants Live Agent Response, LLC ("Live Agent"), Trilogy Investment, LLC ("Trilogy"), and Greg Small ("Small") (collectively, "Defendants"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **PARTY** | **CONNECTION/INTEREST** |
|---|---|
| Life Alert Emergency Response, Inc. | Plaintiff |
| Connect Amercia.com, LLC | Defendant |
| Kenneth Gross | Defendant |
| LifeWatch, Inc. | Defendant |
| Evan Sirlin | Defendant |
| Live Agent Response 1, LLC | Defendant |
| Greg Small | Defendant and principal of Defendants Live Agent Response 1, LLC and Trilogy Investment, LLC |
| Trilogy Investment, LLC | Defendant |
| Michael Hilgar | Defendant |
| Worldwide Info Services, Inc. | Defendant |

Dated:  September 30, 2013

Respectfully submitted:
**MILORD & ASSOCIATES, P.C.**

/s/Milord A. Keshishian
Milord A. Keshishian
Armen Manasserian
Attorneys for Defendants,
LIVE AGENT RESPONSE 1, LLC,
TRILOGY INVESTMENT, LLC, and
GREG SMALL

MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878