1  Jason P. Sultzer (*pro hac vice pending*)
   Joseph Lipari (*pro hac vice pending*)
2  **The Sultzer Law Group, P.C.**
   77 Water Street, 8th Floor
   New York, New York 10005
3  Telephone: 646-722-4266
   Facsimile: 888-749-7747
4  sultzerj@thesultzerlawgroup.com
   liparij@thesultzerlawgroup.com

5  William H. Armstrong (SBN 40650)
   **Armstrong & Associates LLP**
   One Kaiser Plaza, Suite 625
6  Oakland, California 94612
   Telephone: 510 433-1191
7  Facsimile: 510 433-1836
   bill.armstrong@armstrongetal.com

8  Attorneys for Defendant
   EVAN SIRLIN
9

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation, | Case No.: CV 13-03455 JAK(SSX) |
| | Hon. John A. Kronstadt |
| Plaintiff, | |
| v. | **DEFENDANT EVAN SIRLIN'S COUNTERCLAIM** |
| CONNECT AMERICA.COM, LLC, a Delaware limited liability company, KENNETH GROSS, an individual, LIFEWATCH, INC., a New York corporation, EVAN SIRLIN, an individual, LIVE AGENT RESPONSE, 1 LLC, a Florida limited liability company, GREG SMALL, an individual, TRILOGY INVESTMENT, LLC, Florida limited liability company, and DOES 1 to 10, inclusive, | Amended Complaint Filed: August 28, 2013 |
| Defendants. | |

EVAN SIRLIN,

        Counter Claimant

    v.

LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,

        Counter Defendant

Evan Sirlin, by and through his attorneys, alleges as follows:

1. Evan Sirlin is an individual who resides in New York.

2. On information and belief, Life Alert Emergency Response, ("Life Alert") Inc. is a California corporation, with its principal place of business in the County of Los Angeles, California.

3. On or about August 28, 2013, Life Alert filed its Amended Complaint and alleged that it is the owner of U.S. Registration No. 3,255,726 for "I've fallen and I can't get up."

4. On or about August 28, 2013, Life Alert filed its Amended Complaint and alleged that it is the owner of U.S. Registration No. 3,212,604 for "Life Alert you are never alone 24/7."

/ / /

/ / /

/ / /

2

5. On or about August 28, 2013 Life Alert filed its Amended Complaint and alleged that it is the owner of U.S. Registration No. 2,630,737 for "Help I've fallen and I can't get up."

6. On or about September 26, 2013, Life Alert's counsel acknowledged by letter that U.S. Registration No. 2,630,737 was cancelled and that Life Alert asserts a right to this unregistered trademark.

7. Evan Sirlin denies the validity of these purported marks and asserts that they are not trademarks under the common law and/or within the meaning of 15 U.S.C. § 1127.

8. Evan Sirlin asserts that they are not protectable marks as they are merely descriptive and convey, *inter alia*, information regarding a function, or purpose, or use of the goods and services. The marks do not require, *inter alia*, imagination, thought and perception to reach a conclusion as to the nature of the goods. Furthermore, Lifewatch had prior rights to the alleged marks. Lifewatch was the first to use the alleged marks in commerce in connection with personal emergency responses system goods and/or services.

9. An actual controversy exists regarding whether the purported marks are valid and protectable.

/ / /

/ / /

**WHEREFORE**, Evan Sirlin prays for judgment against Life Alert as follows:

a) Dismiss the plaintiff's Amended Complaint with prejudice;

b) Declare, adjudge and decree that U.S. Registration No. 3,255,726 is invalid.

c) Declare, adjudge and decree that U.S. Registration No. 3,212,604 is invalid.

d) Declare, adjudge and decree that Life Alert does not have the right to "Help I've fallen and I can't get up."

e) Order cancellation of U.S. Registration No. 3,255,726.

f) Order cancellation of U.S. Registration No. 3,212,604.

g) Award defendant its costs, disbursements and attorneys' fees, as allowed by law.

DATED: January 10, 2014.    ARMSTRONG & ASSOCIATES, LLP

By:  /s/ William H. Armstrong
William H. Armstrong, SBN 40650
One Kaiser Plaza, Suite 625
Oakland, California 94612
Telephone: (510) 433-1830
Facsimile: (510) 433-1836

Attorneys for Defendant
Evan Sirlin

# CERTIFICATE OF SERVICE

*Life Alert Emergency Response vs. Connect America.com, LLC.*
U.S. District Court, Central District of California
Case No. CV 13-03455 JAK (SSX)

I hereby certify that a true and correct copy of the foregoing was served on all counsel registered to receive a Notice of Electronic Filing by electronically serving the document via the United States District Court Electronic Case filing website (CM/ECF notification system) for this case on this 10th day of January, 2014.

/s/ William H. Armstrong
William H. Armstrong