Ralph C. Loeb, Esq. (SBN#124773)
Email: ralph@kranesmith.com
**KRANE & SMITH, APC**
16255 Ventura Boulevard, Suite 600
Encino, California 91436
Telephone: (818) 382-4000
Facsimile: (818) 382-4001

Jill M. Petrini, Esq.
  Email: jpietrini@sheppardmullin.com
Ryan S. Hilbert, Esq.
  Email: rhilbert@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Tel: (310) 228-3700 / Fax: (310) 228-3701
Attorneys for Plaintiff
LIFE ALERT EMERGENCY RESPONSE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONNECT AMERICA.COM, LLC, a Delaware limited liability company, KENNETH GROSS, an individual, LIFEWATCH, INC., a New York corporation, EVAN SIRLIN, an individual, LIVE AGENT RESPONSE 1 LLC, a Florida limited liability, GREG SMALL, an individual, TRILOGY INVESTMENT, LLC, a Florida limited liability company, MICHAEL HILGAR, an individual, WORLDWIDE INFO SERVICES, INC., a Florida corporation and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: CV 13-03455-JAK (SSX)<br><br>[Assigned to the Honorable John A. Kronstadt]<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS CONNECT AMERICA.COM, LLC AND KENNETH GROSS AND RETAINING JURISDICTION**<br><br>Complaint Filed: May 14, 2013<br>Trial Date: September 30, 2014 |

- 1 -

STIPULATION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS CONNECT AMERICA.COM, LLC AND KENNETH GROSS AND RETAINING JURISDICTION

Case 2:13-cv-03455-JAK-SS   Document 121   Filed 01/27/14   Page 2 of 2   Page ID #:1414

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

 **WHEREAS,** Plaintiff Life Alert Emergency Response, Inc. ("Plaintiff") and Defendants ConnectAmerica.com, LLC and Kenneth Gross, have resolved all issues between them in this Action;

 **IT IS HEREBY STIPULATED** that Plaintiff's Claims against Defendants Connect America.com, LLC and Kenneth Gross in this action be dismissed with prejudice pursuant to FRCP 41(a)(1); that Plaintiff and Defendants ConnectAmerica.com, LLC and Kenneth Gross shall each bear their own costs and attorneys' fees as incurred in connection with one another in this action; and that the Court retain jurisdiction to resolve any disputes between Plaintiff and Defendants Connect America.com, LLC and Kenneth Gross arising or relating to the action, the dismissal of Plaintiff's Claims against Defendants Connect America.com, LLC and Kenneth Gross in the action, the subject matter of the action, and/or the nature of their resolution.

**SO STIPULATED:**

DATED: January 24, 2014

KRANE & SMITH, APC

By: /s/ Ralph C. Loeb
Ralph C. Loeb
Attorneys for Plaintiff and Counter-Defendant LIFE ALERT EMERGENCY RESPONSE, INC.

DATED: January 27, 2014

MORGANROTH & MORGANROTH, PLLC

By: /s/ Jeffrey B. Morganroth
Jeffrey B. Morganroth
Attorneys for Defendants CONNECT AMERICA.COM, LLC and KENNETH GROSS

-2-

STIPULATION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS CONNECT AMERICA.COM, LLC AND KENNETH GROSS AND RETAINING JURISDICTION