UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONNECT AMERICA.COM, LLC, a Delaware limited liability company, KENNETH GROSS, an individual, LIFEWATCH, INC., a New York corporation, EVAN SIRLIN, an individual, LIVE AGENT RESPONSE 1 LLC, a Florida limited liability, GREG SMALL, an individual, TRILOGY INVESTMENT, LLC, a Florida limited liability company, MICHAEL HILGAR, an individual, WORLDWIDE INFO SERVICES, INC., a Florida corporation and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: CV 13-03455-JAK (SSX)<br><br>[Assigned to the Honorable John A. Kronstadt]<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS CONNECT AMERICA.COM, LLC AND KENNETH GROSS AND RETAINING JURISDICTION**<br><br>Complaint Filed: May 14, 2013<br>Trial Date: September 30, 2014 |

- 1 -

ORDER RE: STIPULATION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS CONNECT AMERICA.COM, LLC AND KENNETH GROSS AND RETAINING JURISDICTION

## ORDER

The Court, having considered the Stipulation of Plaintiff Life Alert Emergency Response, Inc. ("Plaintiff") and Defendants ConnectAmerica.com, LLC and Kenneth Gross, and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

Plaintiff's Claims against Defendants ConnectAmerica.com, LLC and Kenneth Gross in this action are dismissed, with prejudice, pursuant to Fed. Rule Civ. P. 41(a).

Plaintiff and Defendants ConnectAmerica.com, LLC and Kenneth Gross shall each bear their own costs and attorneys' fees as incurred in connection with one another in this action.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court retains jurisdiction over the parties for the purpose of making any orders necessary to resolve any disputes between Plaintiff and Defendants Connect America.com, LLC and Kenneth Gross arising or relating to the action, the dismissal of Plaintiff's Claims against Defendants Connect America.com, LLC and Kenneth Gross in the action, the subject matter of the action, and/or the nature of their resolution.

Accordingly, Defendant's Motion is taken off calendar. Dkt. 44.

DATED: February 4, 2014

_____
Hon. John A. Kronstadt
United States District Court Judge

Presented by:
KRANE & SMITH, APC
Ralph C. Loeb, Esq.

By: /s/ Ralph C. Loeb
     Ralph C. Loeb
Attorneys for Plaintiff LIFE ALERT
EMERGENCY RESPONSE, INC.

- 2 -

ORDER RE: STIPULATION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS CONNECT AMERICA.COM, LLC AND KENNETH GROSS AND RETAINING JURISDICTION