Ralph C. Loeb, Esq. (SBN#124773)
Email: ralph@kranesmith.com
KRANE & SMITH, APC
16255 Ventura Boulevard, Suite 600
Encino, California 91436
Tel: (818) 382-4000 / Fax: (818) 382-4001

Jill M. Pietrini, Esq.
 Email: jpietrini@sheppardmullin.com
Ryan S. Hilbert, Esq.
 Email: rhilbert@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Tel: (310) 228-3700 / Fax: (310) 228-3701

Attorneys for Plaintiff
LIFE ALERT EMERGENCY RESPONSE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONNECT AMERICA.COM, LLC, a Delaware limited liability company, KENNETH GROSS, an individual, LIFEWATCH, INC., a New York corporation, EVAN SIRLIN, an individual, LIVE AGENT RESPONSE 1 LLC, a Florida limited liability, GREG SMALL, an individual, TRILOGY INVESTMENT, LLC, a Florida limited liability company, MICHAEL HILGAR, an individual, WORLDWIDE INFO SERVICES, INC., a Florida corporation and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: CV 13-03455-JAK (SSX)<br><br>[Assigned to the Honorable John A. Kronstadt]<br><br>**JOINT REPORT RE: STATUS OF SETTLEMENT PROCESS BETWEEN LIFE ALERT EMERGENCY RESPONSE, INC. AND LIFEWATCH, INC. AND EVAN SIRLIN**<br><br>COMPLAINT FILED: May 14, 2013<br>TRIAL DATE: September 30, 2014 |

1  Plaintiff LIFE ALERT EMERGENCY RESPONSE, INC. ("Life Alert") and
2  Defendants LIFEWATCH, INC. ("LifeWatch") and EVAN SIRLIN provide the
3  following report on the status of their settlement discussions.
4  On March 11, 2014, Life Alert and LifeWatch participated in a full day
5  mediation before Hon. John Leo Wagner at the offices of Judicate West in Los
6  Angeles.
7  Present at the mediation on behalf of Life Alert was Isaac Shepher, Life Alert's
8  founder and Chief Executive Officer, and Life Alert's counsel in this matter, Ralph
9  Loeb of Krane & Smith, APC, and Jill M. Pietrini of Sheppard, Mullin, Richter &
10 Hampton, LLP.
11 Present at the mediation on behalf of LifeWatch was Mitchell May,
12 LifeWatch's Vice President, and LifeWatch's and Evan Sirlin's counsel in this
13 matter, Jason P. Sultzer of The Sultzer Law Group.
14 The parties were unable to resolve the matter during that full day mediation
15 with Judge Wagner. At this point, the parties have no plans on any further,
16 immediate settlement discussions.

Dated: March 14, 2014     By:   /s/ Ralph Loeb
                                Ralph Loeb, Esq.
                                KRANE & SMITH, APC
                                Attorneys for Plaintiff LIFE ALERT
                                EMERGENCY RESPONSE, INC.

Dated: March 14, 2014     By:   /s/Jason P. Sultzer
                                Jason P. Sultzer, Esq.
                                Joseph Lipari, Esq.
                                THE SULTZER LAW GROUP
                                Attorneys for Defendant, LIFEWATCH, INC.