Joseph Lipari (*Pro Hac Vice*)
**THE SULTZER LAW GROUP, P.C.**
77 Water Street, 8th Floor
New York, New York 10005
Telephone: (646) 722-4266
Facsimile: (888) 749-7747
liparij@thesultzerlawgroup.com

Attorneys for Defendant
LIFEWATCH, INC.

```
                        FILED
              CLERK, U.S. DISTRICT COURT

               March 31, 2014

           CENTRAL DISTRICT OF CALIFORNIA
           BY: _____AK_____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation, | Case No.: CV 13-03455 JAK(SSX) |
| | Hon. John A. Kronstadt |
| Plaintiff, | |
| v. | **LIFEWATCH'S EX PARTE APPLICATION TO SEAL DOCUMENTS** |
| CONNECT AMERICA.COM, LLC, a Delaware limited liability company, KENNETH GROSS, an individual, LIFEWATCH, INC., a New York corporation, EVAN SIRLIN, an individual, LIVE AGENT RESPONSE, 1 LLC, a Florida limited liability company, GREG SMALL, an individual, TRILOGY INVESTMENT, LLC,  Florida limited liability company, and DOES 1 to 10, inclusive, | Judge: Hon. John A Kronstadt |
| | Date: TBD |
| | Date: TBD |
| | Courtroom: Ctrm 750-Roybal Building |
| Defendants. | |

1

DECLARATION OF JOSEPH LIPARI IN SUPPORT OF LIFEWATCH, INC.'S EX PARTE APPLICATION TO SEAL DOCUMENTS
4005338

Defendant Lifewatch Inc., which electronically filed a NOTICE OF MANUAL FILING on March 21, 2014, hereby respectfully requests that the following documents be filed UNDER SEAL:

1. Application and Declaration in support of request to seal.

2. Proposed Order.

3. Supplemental Submission and Exhibit A.


DATED: March 24, 2014

**THE SULTZER LAW GROUP, P.C.**

By:  /s/Joseph Lipari
      Joseph Lipari
      Attorneys for Defendant Lifewatch, Inc.

DECLARATION OF JOSEPH LIPARI IN SUPPORT OF LIFEWATCH, INC.'S EX PARTE APPLICATION TO SEAL DOCUMENTS

4005338