**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>CONNECT AMERICA.COM LLC, et al.,<br><br>             Defendants. | Case No. CV 13-03455 JAK (SS)<br><br>**ORDER ACCEPTING AND ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF SPECIAL MASTER REPORT #1**<br><br>**(Dkt. No. 222)** |

     On August 14, 2014, the Honorable Patricia L. Collins (ret.), pursuant to her designation as the Special Master in the above-captioned matter, (see Dkt. No. 209), issued Special Master Report #1 (the "Report") regarding a dispute between Plaintiff Life Alert Emergency Response, Inc. ("Life Alert") and Defendant LifeWatch, Inc. ("LifeWatch") about the production of customer lists and audio recordings containing customer information. (Dkt. No. 222). On August 25, 2014, Life Alert filed Objections in which it clarified or corrected two factual statements in the "Issue Presented" section of the Report. (Dkt. No. 223). However, Life Alert objected to the Special Master's

recommendations regarding the scope of the production and the procedures to be followed "only to the extent that [the Special Master] did not set deadlines for the tasks to be completed." (Id. at 2). LifeWatch did not file any Objections to the Report.

The time for filing Objections to the Report has passed and this matter is now ripe for adjudication. Following a de novo review of the findings and conclusions of the Report pursuant to Federal Rule of Civil Procedure 53(f), the Court accepts and adopts all of the Report's findings and recommendations, as amended by the factual clarifications and corrections identified by Life Alert in its Objections Nos. 1 and 2. The Court orders the parties to complete the production as directed by the Special Master to the extent that the production has not been completed. The Court refers this matter back to the Special Master for an order setting deadlines for the completion of each stage of the production as described in the Report.

IT IS SO ORDERED.

DATED: August 27, 2014

                                          /S/
                                      SUZANNE H. SEGAL
                                      UNITED STATES MAGISTRATE JUDGE