Honorable Patricia L. Collins (ret.)
ADR SERVICES, INC.
1900 Avenue of the Stars, Suite 250
Los Angeles, California 90067-4303
(310) 201-0010 PH
(310) 201-0016 FAX

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., | ) ) ) ) | **Case No:  CV 13-03455 JAK (SS)** |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **SPECIAL MASTER REPORT #3** |
| CONNECT AMERICA.COM, LLC, et al., | ) ) ) ) ) ) | |
| Defendants. | | |

On November 19, 2014, the Hon. Patricia L. Collins (retired), serving as Special Master pursuant to the Court's order dated June 9, 2014 presided over a telephonic hearing.  The telephonic conference concerned Plaintiff Life Alert Emergency Response, Inc.'s ("Life Alert") and Defendant LifeWatch, Inc.'s

("LifeWatch") November 18, 2014 joint submission relating to a discovery issue that had arisen from LifeWatch's service of a Fed.R.Civ.P. 45 subpoena ("LifeWatch Subpoena") for the production of documents on non-party Robb Evans & Associates, LLC (the "Receiver"), the receiver appointed in the matter *Fed. Trade Comm'n and State of Florida, Office of the Attorney Gen., Dep't of Legal Affairs v. Worldwide Info Services, Inc., et. al*, Case No. 6:14-cv-8-Orl-41DAB (M.D. Fl.) ("Joint Submission").   Ralph Loeb and Jill Pietrini appeared for Life Alert and Joseph Lipari appeared for LifeWatch and defendant Evan Sirlin.

   After reviewing the Joint Submission and  considering oral argument at the November 19, 2014 telephonic hearing, the  Special Master recommends that:

   The  LifeWatch Subpoena shall be modified so as to require the Receiver to produce three copies of a hard drive containing the audio recordings sought in Request for Production No. 1 in the LifeWatch Subpoena ("Additional 2 Million Recordings") directly to Peter Garza, Managing Director of DTI, the Computer Neutral appointed by the Special Master, on or before December 5, 2014 at the following location 8380 Maple Place, Suite 140, Rancho Cucamonga, California 91730.

   The Special Master further recommends the following addendum to Special Master Report #2:

   The Computer Neutral shall use the Additional 2 Million Recordings produced by the Receiver to prepare the "Additional 2 Million Recordings List" referred to in Special Master Report #2, and Life Alert shall not have to provide copies of the Additional 2 Million Recordings to either LifeWatch or the Computer Neutral as contemplated by Special Master Report #2.  Instead, within one business day of receipt of confirmation that LifeWatch has produced a copy of the LifeWatch Customer List to the Special Master, the Computer Neutral shall send one hard drive containing the Additional 2 Million Recordings directly to LifeWatch's counsel, Joseph Lipari, and one hard drive containing the Additional 2 Million Recordings directly to Life Alert's counsel, Ralph Loeb.  Each party shall bear any cost associated with the hard drive that the party receives.  The parties shall split any cost associated with the hard drive that remains with the Computer Neutral.  Furthermore, the Additional 2 Million Recordings

-3-

shall be designated "ATTORNEY'S ONLY/CUSTOMER INFORMATION" pursuant to the Protective Order Re: Customer Information attached to Special Master Report #2 as Exhibit A.


DATED: November 26, 2014                    Respectfully submitted,



By: _____
    HON. PATRICIA L. COLLINS (RET.)
    SPECIAL MASTER


SMRH:435241792.1