SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Jill M. Pietrini (Cal. Bar No. 138335)
  jpietrini@sheppardmullin.com
Whitney Walters-Sachs (Cal Bar No. 237781)
  Wwalters-sachs@sheppardmullin.com
Benjamin O. Aigboboh (Cal. Bar No. 268531)
  baigboboh@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6055
Telephone:  (310) 228-3700 / Facsimile: (310) 228-3701

KRANE & SMITH, APC
Ralph C. Loeb (Cal. Bar No. 124773)
  ralph@kranesmith.com
16255 Ventura Boulevard, Suite 600
Encino, California  91436
Telephone:  (818) 382-4000 / Facsimile: (818) 382-4001

Attorneys for Plaintiff
LIFE ALERT EMERGENCY RESPONSE, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC. a California corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>CONNECT AMERICA.COM, LLC, a Delaware limited liability company, KENNETH GROSS, an individual, LIFEWATCH, INC., a New York corporation, EVAN SIRLIN, an individual; LIVE AGENT RESPONSE 1, LLC, a Florida limited liability company, GREG SMALL, an individual, TRILOGY INVESTMENT, LLC, a Florida limited liability company MICHAEL HILGAR, an individual, WORLDWIDE INFO SERVICES, INC., a Florida corporation, and DOES 1 to 10, inclusive,<br><br>         Defendants. | Case No. CV13-03455 JAK (SSx)<br><br>[Assigned to the Hon. John A. Kronstadt]<br><br>**STIPULATION BETWEEN LIFE ALERT EMERGENCY RESPONSE INC., LIFEWATCH, INC. AND EVAN SIRLIN RE: (1) DISMISSAL OF CLAIMS AND COUNTERCLAIMS; AND (2) ENTRY OF STIPULATED JUDGMENT AND PERMANENT INJUNCTION** |

1
STIPULATION RE: (1) DISMISSAL OF CLAIMS AND COUNTERCLAIMS; AND (2) ENTRY OF STIPULATED
JUDGMENT AND PERMANENT INJUNCTION

Plaintiff LIFE ALERT EMERGENCY RESPONSE, INC. ("Plaintiff") and Defendants LIFEWATCH, INC. and EVAN SIRLIN (collectively, "Defendants"), by and between their counsel of record, hereby stipulate and agree as follows:

1. On or about May 14, 2013, Plaintiff filed its Complaint in this action for violation of 15 U.S.C. §1125(a), unfair competition under California law, trademark infringement under 15 U.S.C. §1114 and common law, federal trademark rights under 15 U.S.C. §1125(c), and, on August 28, 2013, filed its First Amended Complaint in this action;

2. On or about October 21, 2013, Defendant LifeWatch, Inc. filed its Amended Answer and Counterclaim in this action;

3. On or about January 9, 2014, Evan Sirlin filed his Answer and on or about January 10, 2014, Defendant Evan Sirlin filed his Counterclaim in this action;

4. That the Stipulated Judgment and Permanent Injunction ("the Judgment"), in the form annexed hereby as Exhibit "A", may be entered forthwith upon approval and order of the Court and without further notice;

5. That upon entry by the Court of the Stipulated Judgment and Permanent Injunction, all claims against Defendants and Counterclaims against Plaintiff not adjudicated by the Judgment shall be dismissed with prejudice;

6. That the Stipulated Judgment and Permanent Injunction shall be binding upon Defendants and the "Enjoined Parties" upon entry by the Court without further notice to any party;

7. That the parties, for good and sufficient cause, hereby waive any requirement or findings of fact and/or conclusions of law which might otherwise pertain to entry and issuance of the Stipulated Judgment and

Permanent Injunction;

8. That the parties hereby waive any and all rights to appeal from or to otherwise contest entry of the Stipulated Judgment and Permanent Injunction, which shall be deemed final as and when entered;

9. That the Court retain jurisdiction of this matter for purposes of enforcement, performance and modification of the Stipulated Judgment and Permanent Injunction; to resolve any disputes between Plaintiff and Defendants arising or relating to this action; the dismissal of Plaintiff's claims against Defendants and Defendants' counterclaims against Plaintiff and/or the nature of their resolution; and

10. That each party shall bear its own costs and fees incurred in connection with one another in this action up to the entry of the Stipulated Judgment and Permanent Injunction.

DATED: March 11, 2015     KRANE & SMITH
                          RALPH C. LOEB, ESQ.

                          By: /Ralph C. Loeb/
                              Ralph C. Loeb
                              Attorneys for Plaintiff LIFE ALERT
                              EMERGENCY RESPONSE, INC.

DATED: March 11, 2015     THE SULTZER LAW GROUP

                          By: /Jason Sultzer/
                              Jason Sultzer
                              Attorneys for Defendants
                              LIFEWATCH, INC. and EVAN
                              SIRLIN

STIPULATION RE: (1) DISMISSAL OF CLAIMS AND COUNTERCLAIMS; AND (2) ENTRY OF STIPULATED JUDGMENT AND PERMANENT INJUNCTION